_____ FILED      _____ ENTERED
_____ LODGED     _____ RECEIVED

Magistrate Judge Theiler

**APR 26 2018**

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

HANY VELETANLIC,

Defendants.

CASE NO. **MJ 18 - 195**

COMPLAINT for VIOLATION

Title 22, U.S.C. Section 2778(b)

BEFORE, Mary Alice Theiler, United States Magistrate Judge, U.S. Courthouse, Seattle, Washington.

The undersigned complainant being duly sworn states:

## COUNT 1
### (Arms Export Control Act)

On a date uncertain, but no earlier than February 8, 2017, at Snohomish County, within the Western District of Washington, and elsewhere, HANY VELETANLIC did willfully export from the United States defense articles designated on the United States Munitions List, International Traffic in Arms Regulations, namely a Glock lower receiver, a defense article covered by Category I of the United States Munitions List, without having obtained from the United States Department of State, a license or written approval for the export of the defense article.

COMPLAINT/VELETANLIC - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    All in violation of Title 22, United States Code, Section 2778(b)(2) and (c), Title

2  22, Code of Federal Regulations, Sections 121.1, 123.1, and 127.1(a), and Title 18,

3  United States Code, Section 2.

4    I, Glen Karabeika, being first duly sworn on oath, depose and say:

5                              **INTRODUCTION**

6    1.    I am a Special Agent with the U.S. Department of Homeland Security

7  (DHS), Homeland Security Investigations (HSI), assigned to the Office of the Special

8  Agent in Charge, Seattle, Washington.  I have been employed as a Special Agent with

9  HSI and its predecessor agency since 1988.  I am currently assigned to the Counter-

10  Proliferation Investigations Group, where I investigate cases involving the illegal export

11  of weapons and other items from the United States.

12    2.    I have received formal training at the Federal Law Enforcement Training

13  Center in Glynco, Georgia.  Based on my training and experience, I am familiar with the

14  manner in which individuals illegally acquire and export controlled merchandise from the

15  United States to foreign countries.

16    3.    As outlined below, there is probable cause to believe that HANY

17  VELETANLIC willfully exported multiple firearms and firearms parts to Sweden and

18  other countries from the United States without a required export license.

19                          **LEGAL BACKGROUND**

20    4.    In furtherance of the security and foreign policy of the United States, the

21  United States regulates and restricts the export of arms, munitions, implements of war,

22  and defense articles, pursuant to the Arms Export Control Act ("AECA"), Title 22,

23  United States Code, Section 2778. The regulations that govern such exports are entitled

24  the International Traffic in Arms Regulations ("ITAR"), Title 22, Code of Federal

25  Regulations, Parts 120-130.

26    5.    The ITAR implements the provisions of the AECA and establishes the

27  framework for regulating the export of defense articles. The ITAR defines an "export" as

28  the sending or taking of a defense article out of the United States in any manner. The

COMPLAINT/VELETANLIC - 2

1    ITAR contains the United States Munitions List ("USML"), Title 22, Code of Federal

2    Regulations, Section 121.1. Items and services listed in the USML are deemed "defense

3    articles" and "defense services," and are subject to control by the ITAR.

4         6.      The USML sets forth twenty-one categories of defense articles and services

5    that are subject to export licensing controls. Included in this list are such things as

6    military aircraft, helicopters, artillery, shells, missiles, rockets, bombs, vessels of war,

7    explosives, military and space electronics, certain types of optical equipment, guns,

8    ammunition, firearms, close assault weapons, combat shotguns, and components of such

9    firearms and weapons.

10         7.      No defense articles or defense service may be exported or otherwise

11    transferred from the United States to a foreign country without a license or written

12    approval from the United States Department of State, Directorate of Defense Trade

13    Controls ("DDTC").

14         8.      As determined by the DDTC, handgun lower receivers are defense articles

15    covered by Category I(g) of the USML.

16                      **SUMMARY OF PROBABLE CAUSE**

17         9.      On February 27, 2017, HSI Frankfurt advised that Swedish Customs had

18    intercepted a package containing a 9mm gun barrel, along with a spring and slide for a

19    pistol. The parcel had been shipped from the United States using the U.S. Postal Service.

20    The parcel purported to be from a "Ben Manacker," at 2135 N 179th Street, Shoreline,

21    WA 98133. The customs paperwork indicated that the parcel had been shipped from the

22    North Lakewood, Washington post office in Snohomish County. The shipper had

23    described the parcel as containing "Schwinn bicycle and front shaft, used part." Swedish

24    authorities advised that the recipient of the package has an extensive criminal record,

25    including a history of narcotics and weapons trafficking.

26         10.     On February 28, 2017, a Postal Inspector and I visited the North Lakewood

27    post office. The clerk remembered the shipment in question. The clerk recalled that the

28    person who had shipped the package had shipped two other parcels from the post office

COMPLAINT/VELETANLIC - 3

1  in recent weeks.  According to the clerk, the person said he had also mailed items from
2  the Marysville post office, but complained that the lines at that office were too long.

3       11.    The Postal Inspector retrieved postal declarations associated with two other
4  shipments to different addresses in Sweden that had been mailed from the North
5  Lakewood post office under the same name of "Ben Manacker."  The shipments were
6  described as containing "mountain bike chain gears, used part" and "used bike part," and
7  had been mailed on February 17 and 21, 2017.  The return address associated with both
8  shipments was a different Shoreline address compared to the seized shipment.

9       12.    The Postal Inspector and I also visited the Marysville post office.  The
10  postal clerks recalled that a person had sent items to Sweden that had been declared as
11  bicycle parts.  A clerk found a postal declaration associated with one of the shipments to
12  Sweden.  We then found three additional postal declarations for packages sent to various
13  addresses in Sweden.  The handwriting on the declarations all matched the handwriting
14  on the declarations from the North Lakewood post office.

15       13.    The Marysville postal declarations described the packages as containing
16  "Treck bicycle part –used," "used becycle [sic] part," "used Suzuki front shaft," and
17  "used bike part, plastic grip."  The senders were identified as "Edward Valentine,"
18  "Edward Tucker," "David Becker," and "Edward Becker."  The return addresses
19  corresponded to three separate addresses in Lake Stevens and Everett, Washington.

20       14.    On March 6, 2017, I identified an additional postal declaration from the
21  Arlington post office that matched the handwriting of the other declarations.  The
22  declaration was for a package that had been sent to Sweden under the name "David
23  Becker" from a fictitious Everett address.  The declaration stated that the package
24  contained a "used bike part."[1]

25

26

27  [1] I submitted eight of the postal declarations that we had gathered to the HSI Forensic Laboratory for handwriting
    analysis.  The Forensic Laboratory report indicated that the declarations were "probably prepared" by the same
28  person.

COMPLAINT/VELETANLIC - 4

1      15.   On that same date, HSI Frankfurt notified me that Swedish authorities had

2  executed a search warrant on February 22, 2017, at the residence to which one of the

3  aforementioned packages had been shipped.  The Swedish authorities seized a Glock

4  lower receiver.  The authorities also located a tracking number for one of the North

5  Lakewood shipments, and three other previously-unidentified shipments that had been

6  sent from the Arlington post office.  Two of those shipments had been sent to Sweden;

7  the other had been sent to Germany.  The Swedish authorities reported that the tracking

8  numbers had been sent from a U.S. phone number.  According to law enforcement

9  databases, that number belongs to HANY VELETANLIC, who lives in Tulalip,

10  Washington.

11      16.   I showed the postal clerk at the North Lakewood post office a driver's

12  license photograph of VELETANLIC.  The clerk identified VELETANLIC as the person

13  who had mailed the packages to Sweden.

14      17.   The Glock lower receiver that the Swedish authorities seized lacked a serial

15  number, but contained the number 1534020919.  ATF Special Agent Claudia Grigore

16  spoke with Glock.  Glock confirmed that the number was not a serial number, but rather a

17  number that allows Glock to trace the manufacturing of the pistol.  Glock said that its

18  records showed that the number was associated with a Glock model 34 pistol, 9 mm,

19  serial number BATR295.  ATF records showed that this pistol had been sold by a

20  Lynnwood, Washington, FFL to N.N., an individual who resides in Seattle.

21      18.   On May 30, 2017, I interviewed N.N., along with Special Agent Grigore.

22  N.N. stated that he is a gun enthusiast and that he shoots and trades many different

23  firearms.  We asked him about the Glock 34 that he had purchased in February 2017.  He

24  consulted his online Armslist account.  He stated that he had purchased the gun from an

25  individual on Armslist and that he and the seller had completed the sale with a FFL to

26  comply with the law.

27      19.   N.N. could not recall what he did with the Glock pistol.  He said that he

28  assumed that he had traded it.  We showed N.N. a driver's license photograph of

COMPLAINT/VELETANLIC - 5

1   VELETANLIC and N.N. immediately stated "that's my buddy!"  N.N. said that his
2   "buddy's" name was "Hany," but that he could not recall his last name, other than it
3   started with "Vel."  N.N. said that VELETANLIC was his friend and that they shot
4   together and he considered VELETANLIC an expert in firearms.  N.N. stated that he had
5   met VELETANLIC in 2014 and had either sold or traded approximately five firearms
6   with him.  N.N. specifically denied selling VELETANLIC the Glock 34 in question.  We
7   pressed N.N. several more times if he sold or traded the Glock 34 to VELETANLIC.
8   N.N. was vague in his responses but added that he only sold VELETANLIC firearms via
9   a FFL.

10      20.      On the following day, VELETANLIC called me and said he wanted to set
11  up a meeting to talk about the shipment of guns.  We set up a meeting that day.  Prior to
12  speaking with him, I advised him of his *Miranda* rights.  He agreed to waive those rights
13  and spoke with me and Special Agent Grigore.  He said that he was an avid shooter and
14  trader of guns.  He said that in approximately January 2017, he posted a firearm part on
15  eBay that was purchased by a man in Sweden.  VELETANLIC said that he shipped the
16  part to the man, but did not recall the man's name.

17      21.      According to VELETANLIC, the man in Sweden contacted him outside of
18  eBay and negotiated purchases of several more guns.  The man instructed VELETANLIC
19  to obliterate the serial numbers of the guns, to use fictitious return addresses, and to use
20  different U.S. Post Offices to ship the guns to Sweden.  VELETANLIC said that the man
21  in Sweden paid him for the first shipment via PayPal and the latter shipments via Bitcoin.

22      22.      On July 25, 2017, Special Agent Grigore and I met with VELETANLIC at
23  his residence.  He admitted to sending to Sweden approximately six 9mm pistols, 9mm
24  ammunition, a Taurus pistol slide, and a Smith & Wesson firearms parts kit.  He also
25  admitted in 2015 and 2016 to sending firearm magazines, Glock slides and receivers, and
26  firearms accessories, to an individual in Russia.  He also said that he had sent firearm
27  magazines and possibly some firearm slides to an individual in Brazil.  Finally, he stated
28  that he had sent Glock magazines and parts to an individual in France.

COMPLAINT/VELETANLIC - 6

23.     VELETANLIC said that an individual in France had provided him with two silencers.  He said that he had destroyed the silencers after being contacted by agents in this matter.

24.     VELETANLIC gave agents permission to inspect his gun safe.  Agents located a silencer, *i.e.*, a B&T AG Switzerland suppressor, model Tiger, .22LR caliber. VELETANLIC said that the silencer was one of the two silencers that he had received from France that he previously told us had been destroyed.  Special Agent Grigore seized the silencer after confirming with ATF that VELETANLIC had not registered any silencers.[2]

25.     On August 1, 2017, Special Agent Grigore met VELETANLIC again. VELETANLIC surrendered another silencer, a Vortex, RDS Industrie France, suppressor, bearing no serial number.  VELETANLIC said he had received the silencer from his friend in France.  He admitted to not being truthful earlier when he told agents that he had destroyed both silencers that he had received from France.

26.     A check with the U.S. Department of State, Directorate of Defense Trade Controls indicated that VELETANLIC has never obtained an export license for the export of any firearms or components.

//

//

//

---

[2] ATF previously seized from VELETANLIC two firearms.  VELETANLIC told agents that he had purchased the firearms from an individual and suspected they were stolen.  Agents confirmed that the firearms had in fact been reported as stolen and seized them.

COMPLAINT/VELETANLIC - 7

## CONCLUSION

27.      Based on the above facts, I respectfully submit that there is probable cause to believe that VELETANLIC did violate the Arms Export Control Act by willfully exporting without a license a lower receiver, a defense article on the United States Munitions List.

Glenn Karabeika, Complainant
Special Agent, HSI

Based on the Complaint and Affidavit sworn to before me, and subscribed in my presence, the Court hereby finds that there is probable cause to believe the Defendant committed the offense set forth in the Complaint.

Dated this _26_ day of April, 2018.

MARY ALICE THEILER
United States Magistrate Judge

COMPLAINT/VELETANLIC - 8