Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

June 27 20 18

WILLIAM M. McCOOL, Clerk

By ______________ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>HANY VELETANLIC,<br>Defendant. | NO. CR18-162 JLR<br>INDICTMENT |

The Grand Jury charges that:

**COUNT 1**
**(Arms Export Control Act)**

On a date uncertain, but no earlier than February 8, 2017, at Snohomish County, within the Western District of Washington, and elsewhere, HANY VELETANLIC did willfully export from the United States defense articles designated on the United States Munitions List, International Traffic in Arms Regulations, namely a Glock lower receiver, a defense article covered by Category I of the United States Munitions List, without having obtained from the United States Department of State, a license or written approval for the export of the defense article.

All in violation of Title 22, United States Code, Section 2778(b)(2) and (c), Title 22, Code of Federal Regulations, Sections 121.1, 123.1, and 127.1(a), and Title 18, United States Code, Section 2.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**COUNT 2**
**(Possession of Unregistered Firearm)**

On or about July 25, 2017, in Snohomish County, within the Western District of Washington, HANY VELETANLIC knowingly possessed a firearm which was not registered to him in the National Firearms Registration and Transfer Record, as required by law, namely, a silencer, that is, a B&T AG Switzerland Tiger silencer, .22 caliber.

All in violation of Title 26, United States Code, Sections 5861(d) and 5845(a)(7).

**COUNT 3**
**(Possession of Unregistered Firearm)**

On or about August 1, 2017, in Snohomish County, within the Western District of Washington, HANY VELETANLIC knowingly possessed a firearm which was not registered to him in the National Firearms Registration and Transfer Record, as required by law, namely, a silencer, that is, a Vortex suppressor, RDS Industrie France, .223 caliber.

All in violation of Title 26, United States Code, Sections 5861(d) and 5845(a)(7).

**COUNT 4**
**(Possession of Firearm with Obliterated Serial Number)**

On May 3, 2018, in Snohomish County, within the Western District of Washington, HANY VELETANLIC knowingly possessed a firearm, that is, a Strum, Ruger & Co. pistol, model LCP, .380 caliber, that had been shipped and transported in interstate and foreign commerce, from which the manufacturer's serial number had been removed, altered, and obliterated.

All in violation of Title 18, United States Code, Section 922(k).

**ASSET FORFEITURE ALLEGATIONS**

**A. Counts 2-3**

Upon conviction of Counts 2-3 of the Indictment, HANY VELETANLIC shall forfeit to the United States any firearms involved in the commission of the offenses, pursuant to Title 26, United States Code, Section 5872.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**B. Count 4**

Upon conviction of Count 4 of the Indictment, HANY VELETANLIC shall forfeit to the United States any firearms and ammunition involved in the commission of the offense, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

DATED: 6-27-18

(Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States)

FOREPERSON

ANNETTE L. HAYES
United States Attorney

TODD GREENBERG
Assistant United States Attorney

THOMAS M. WOODS
Assistant United States Attorney



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970