# DEFENDANT STATUS SHEET

(One for <u>each</u> defendant)

## I. CASE STATUS

Name of Defendant: Hany Veletanlic

Has defendant had initial appearance in this case? ☐ Yes ☑ No

MJ 18-195MAT CR

## II. CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☑ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III. ARRAIGNMENT

☐ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

Defendant's Address:

☑ Letter to Defense Counsel for Appearance on

Defense Attorney's Name and address: Jeffrey L Kradel, Email: jeff@kradeldefense.com

The estimated trial time is 5 days.

(Revised March 2018)