UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>HANY VELETANLIC,<br><br>    Defendant. | CASE NO. CR18-0162JLR<br><br>ORDER |

THIS MATTER having come before the Court on the motion of defendant Hany Veletanlic, through his attorney Jeffrey L. Kradel, and the Court having determined that ends of justice would be served by granting this continuance and outweigh the best interests of the public and the defendant in a speedy trial and that the failure to grant a continuance of the trial date would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

//

ORDER - 1

It is therefore ORDERED:

1. All pretrial motions must be filed no later than January 17, 2019.
2. Trial is continued to February 25, 2019.
3. The period of time from the current trial date of September 4, 2018, up to and including February 25, 2019, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. Sec. 3161, *et seq.* The period of delay attributable to the filing and granting of this motion is excluded for speedy trial purposes pursuant to 18 U.S.C. sub sections 3161(h)(1)(D). (H)(7)(A) and (h)(7)(B).

Dated this 6th day of August, 2018.

JAMES L. ROBART
United States District Judge