THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> HANY VELETANLIC, <br><br> Defendant. | No. CR18-00162-JLR <br><br> [Proposed] *JLR* <br><br> ORDER ALLOWING WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

THE COURT having reviewed the court file and the pleadings in this matter and being fully apprised of the circumstances

IT IS HEREBY ORDERED THAT Jeffrey L. Kradel is permitted to withdraw as counsel for the defendant Hany Veletanlic, and JOHN HENRY BROWNE, P.S. of the LAW OFFICES OF JOHN HENRY BROWNE, P.S. is substituted as counsel of record for defendant Hany Veletanlic. *The court reminds counsel that the trial date in this matter is 25 February 2019; that it has been continued once; and will not be continued again. This means the Government will need to fulfill its discovery obligations in a timely fashion and all counsel need to be [ready] for trial on that date.*

DATED this 4th day of September, 2018.

_____
HONORABLE JAMES L. ROBART
United States District Judge

ORDER ALLOWING WITHDRAWAL AND
SUBSTITUTION OF COUNSEL - 1

LAW OFFICES OF JOHN HENRY BROWNE P.S.
801 SECOND AVENUE, SUITE 800
SEATTLE, WASHINGTON 98104
(206) 388-0777 • FAX: (206) 388-0780

Presented by:

*s/ John Henry Browne*
JOHN HENRY BROWNE, WSBA #4677
Substituting Attorney for Hany Veletanlic

ORDER ALLOWING WITHDRAWAL AND
SUBSTITUTION OF COUNSEL - 2

LAW OFFICES OF JOHN HENRY BROWNE P.S.
801 SECOND AVENUE, SUITE 800
SEATTLE, WASHINGTON 98104
(206) 388-0777 • FAX: (206) 388-0780