Chief Magistrate Judge Brian A. Tsuchida

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HANY VELETANLIC,<br><br>Defendant. | NO. CR18-162JLR<br><br>**GOVERNMENT'S RESPONSE TO MOTION TO MODIFY CONDITIONS OF RELEASE** |

The United States of America, by and through Annette L. Hayes, United States Attorney for the Western District of Washington, and Thomas M. Woods, Assistant United States Attorney for said District, respectfully responds to the defendant's motion to modify conditions of release.

As set forth below, the government does not believe that the location monitoring condition should be modified, but does not object to eliminating the drug and alcohol testing condition.

## BACKGROUND

In May 2017, Veletanlic contacted agents. Veletanlic had gotten word that agents had been investigating him for smuggling guns out of the country. Veletanlic and agents agreed to meet. After being advised of his *Miranda* rights, Veletanlic told agents that he had sent guns and gun parts overseas, including guns with obliterated serial numbers.

RESPONSE TO MOTION FOR MODIFICATION - 1
U.S. v. HANY VELETANLIC/CR18-162JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

In July 2017, agents visited Veletanlic at his house. He told agents that an individual in France had sent him two silencers, but that he had destroyed the silencers after previously meeting with agents. That claim was not true. Agents saw and recovered one of the silencers that day—Veletanlic surrendered the second one about a week later.

On May 3, 2018, Veletanlic was arrested. Agents had grown concerned about Veletanlic's stability. Thus, they called him, and asked whether he would agree to meet agents at a particular parking lot, under the guise that they simply wanted to speak with him again. Veletanlic showed up to meet with agents with a loaded firearm in his front waist with an obliterated serial number. He also had in his car a separate firearm and a stockpile of ammunition and magazines. A picture of the items recovered (including the gun with the obliterated serial number) is below:



RESPONSE TO MOTION FOR MODIFICATION - 2
U.S. v. HANY VELETANLIC/CR18-162JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

At the detention hearing, the Court released Veletanlic over the government's strong objection. The Court imposed a variety of conditions, including drug testing, computer monitoring, and electronic location monitoring. The Court, however, expressed concern about Veletanlic's behavior, and took the unusual step of scheduling a status conference for about a month later, to evaluate Veletanlic's bail status. On the following day, Probation lodged a violation report, alleging that Veletanlic had accessed his email using an unmonitored device. On June 6, 2018, the defendant admitted the violation, claiming it was unintentional, an explanation that the Court accepted. Veletanlic has remained on bond since then, and the government is not aware of any further bond violations.

## ARGUMENT

The government opposes eliminating the location monitoring condition. The circumstances of Veletanlic's arrest are highly troubling, and the government believes that location monitoring provides at least some additional assurances that he will neither pose an additional risk to the community nor flee.

The government, by contrast, does not oppose eliminating the drug and alcohol testing requirement. The Court imposed the condition because it appeared that Veletanlic was in possession of certain prescription medication at the time of his arrest. Veletanlic has not tested positive while on supervision, and, in the absence of any other history of drug abuse, the government believes it is reasonable to eliminate the testing condition at this time.

//
//
//

RESPONSE TO MOTION FOR MODIFICATION - 3
U.S. v. HANY VELETANLIC/CR18-162JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 | The government has included a proposed order for the Court's consideration.
2 | DATED: December 13, 2018

1    The government has included a proposed order for the Court's consideration.

2    DATED: December 13, 2018

Respectfully submitted,

ANNETTE L. HAYES
United States Attorney


*s/ Thomas M. Woods*
THOMAS M. WOODS
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-7970
Email: Thomas.Woods2@usdoj.gov

RESPONSE TO MOTION FOR MODIFICATION - 4
U.S. v. HANY VELETANLIC/CR18-162JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered parties.

*s/ Salee Porter*
SALEE PORTER
Paralegal
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-4345
Fax:   (206) 553-4440
E-mail: Salee.Porter@usdoj.gov

RESPONSE TO MOTION FOR MODIFICATION - 5
U.S. v. HANY VELETANLIC/CR18-162JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970