THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR18-00162-JLR |
| Plaintiff, | |
| v. | [PROPOSED] ORDER GRANTING MOTION TO SEAL |
| HANY VELETANLIC, | |
| Defendant. | |

THE COURT having received and reviewed the Motion to Seal Motion to Suppress, and based on all of the other records and files in this matter, and good cause appearing,

IT IS HEREBY ORDERED that the Motion to Seal the Motion to Suppress is GRANTED. The Motion to Suppress shall be maintained under seal.

DATED this 18th day of January, 2019.

_____
HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER GRANTING
MOTION TO SEAL (CR 18-132 RAJ)

LAW OFFICES OF JOHN HENRY BROWNE P.S.
801 SECOND AVENUE, SUITE 800
SEATTLE, WASHINGTON 98104
(206) 388-0777 • FAX: (206) 388-0780