The Honorable James L. Robart

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

UNITED STATES OF AMERICA,

Plaintiff,

v.

HANY VELETANLIC,

Defendant.

NO. CR18-162JLR

**MOTION TO SEAL THE
GOVERNMENT'S OPPOSITION
TO DEFENDANT'S MOTION TO
SUPPRESS EVIDENCE AND
EXHIBITS**

17        The United States of America, by and through Brian T. Moran, United States

18   Attorney for the Western District of Washington, and Matthew D. Diggs, Assistant

19   United States Attorney for said District, respectfully requests that the Government's

20   Opposition to Defendant's Motion to Suppress Evidence and related Exhibits be sealed

21   due to the sensitive information contained within.

22        DATED this 24th day of January, 2019.

23                                    Respectfully submitted,

24
25                                    BRIAN T. MORAN
                                      United States Attorney
26

27                                    */s/ Matthew Diggs*
                                      MATTHEW DIGGS
28                                    Assistant United States Attorney

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1

## CERTIFICATE OF SERVICE

2
I hereby certify that on January 24, 2019, I electronically filed the foregoing with

3
the Clerk of the Court using the CM/ECF system, which will send notification of such

4
filing to all registered parties.

5

6

7
*s/ Anna Chang*

Anna Chang

8
Paralegal

United States Attorney's Office

9
700 Stewart Street, Suite 5220

10
Seattle, Washington 98101-1271

Phone:  (206) 553-7970

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Government's Motion to Seal  - 2
*U.S. v. Hany Veletanlic/*CR18-162JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970