The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR18-162JLR |
|---|---|
| Plaintiff, | **ORDER TO SEAL GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION TO SUPPRESS EVIDENCE AND EXHIBITS** |
| v. | |
| HANY VELETANLIC, | |
| Defendant. | |

Based upon the motion of the United States, and the representations made therein, and based on the other records and files in this matter, and good cause having been shown:

IT IS HEREBY ORDERED the Government's Opposition to Defendant's Motion to Suppress Evidence and Exhibits shall be sealed.

DATED this 25th day of January, 2019.

_____
JAMES L. ROBART
United States District Judge

Presented by:

*/s/ Matthew Diggs*
MATTHEW DIGGS
Assistant United States Attorney

Order to Seal
*U.S. v. Hany Veletanlic*/CR18-162JLR - 1