THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> HANY VELETANLIC, <br><br> Defendant. | No. CR18-0162JLR <br><br> ORDER GRANTING MOTION TO SEAL REPLY IN SUPPORT OF MOTION TO SUPPRESS |

THE COURT having received and reviewed the Motion to Seal Reply in Support of Motion to Suppress, and based on all of the other records and files in this matter, and good cause appearing,

IT IS HEREBY ORDERED that the Motion to Seal the Reply in Support of Motion to Suppress is GRANTED. The Reply in Support of Motion to Suppress shall be maintained under seal.

DATED this 28th day of January, 2019.

_____
HON. JAMES L. ROBART
United States District Judge

PROPOSED ORDER GRANTING MOTION TO SEAL REPLY IN SUPPORT OF MOTION TO SUPPRESS

LAW OFFICES OF JOHN HENRY BROWNE, P.S.
801 SECOND AVENUE, SUITE 800
SEATTLE, WASHINGTON 98104
(206) 388-0777 • FAX: (206) 388-0780