The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HANY VELETANLIC,<br><br>Defendant. | NO. CR18-162JLR<br><br>[PROPOSED] ORDER TO SEAL GOVERNMENT'S MOTION TO ADMIT EVIDENCE OF HANY VELETANLIC'S STATEMENTS REGARDING CERTAIN UNCHARGED SHIPMENTS AND RELATED EXHIBITS |

Based upon the motion of the United States, and the representations made therein, and based on the other records and files in this matter, and good cause having been shown:

IT IS HEREBY ORDERED Government's Motion to Admit Evidence of Uncharged Shipments and related Exhibits shall be sealed.

DATED this 8th day of February, 2019.

JAMES L. ROBART
United States District Court Judge

Presented by:

/s/ Matthew Diggs
MATTHEW DIGGS
Assistant United States Attorney

Order to Seal Motion in Limine - 1
U.S. v. Hany Veletanlic/CR18-162JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970