THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | No. CR18-00162-JLR |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING MOTION TO SEAL RESPONSE TO GOVERNMENT'S MOTION IN LIMINE TO ADMIT HANY VELETANLIC'S STATEMENTS REGARDING CERTAIN UNCHARGED FIREARMS EXPORTS |
| v. | |
| HANY VELETANLIC, | |
| Defendant. | |

THE COURT having received and reviewed the Motion to Seal Response to Government's Motion in Limine to Admit Hany Veletanlic's Statements Regarding Certain Uncharged Firearms Exports, and based on all of the other records and files in this matter, and good cause appearing,

IT IS HEREBY ORDERED that the Motion to Seal the Reply is GRANTED. The Response to Government's Motion in Limine to Admit Hany Veletanlic's Statements Regarding Certain Uncharged Firearms Exports shall be maintained under seal.

DATED this 15th day of February, 2019.

THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER GRANTING MOTION TO SEAL RESPONSE TO GOVERNMENT'S MOTION IN LIMINE TO ADMIT HANY VELETANLIC'S STATEMENTS REGARDING CERTAIN UNCHARGED FIREARMS EXPORTS

LAW OFFICES OF JOHN HENRY BROWNE, P.S.
801 SECOND AVENUE, SUITE 800
SEATTLE, WASHINGTON 98104
(206) 388-0777 • FAX: (206) 388-0780