The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

HANY VELETANLIC,

Defendant.

NO. CR18-162 JLR

[PROPOSED] ORDER TO SEAL
GOVERNMENT'S MOTION IN LIMINE
TO EXCLUDE PROPOSED DEFENSE
WITNESS RYAN KUNKEL

Based upon the motion of the United States, and the representations made therein, and based on the other records and files in this matter, and good cause having been shown:

IT IS HEREBY ORDERED Government's Motion in Limine to Exclude Proposed Defense Witness Ryan Kunkel shall be sealed.

DATED this 24th day of February, 2019.

JAMES L. ROBART
United States District Court Judge

Presented by:

/s/ Marie M. Dalton
MARIE M. DALTON
Assistant United States Attorney

Order to Seal Motion in Limine - 1
*U.S. v. Hany Veletanlic*/CR18-162 JLR