ORIGINAL

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR18-0162JLR |
|---|---|
| Plaintiff, | VERDICT FORM |
| v. | |
| HANY VELETANLIC, | |
| Defendant. | |

We, the Jury, have reached the following verdict:

1. As to the charge of Violation of the Arms Export Control Act, as charged in Count One, we, the Jury, unanimously find Defendant HANY VELETANLIC:

   GUILTY __X__    NOT GUILTY_____

2. As to the charge of Possession of an Unregistered Firearm on or about July 25, 2017, as charged in Count Two, we, the Jury, unanimously find the Defendant HANY VELETANLIC:

   GUILTY __X__    NOT GUILTY_____

VERDICT FORM - 1

3. As to the charge of Possession of an Unregistered Firearm on or about August 1, 2017, as charged in Count Three, we, the Jury, unanimously find Defendant HANY VELETANLIC:

GUILTY __X__     NOT GUILTY_____

4. As to the charge of Possession of a Firearm with an Obliterated Serial Number on or about May 3, 2018, as charged in Count Four, we, the Jury, unanimously find Defendant HANY VELETANLIC:

GUILTY __X__     NOT GUILTY_____

Dated this 27 day of February, 2019.

VERDICT FORM - 2