UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HANY VELETANLIC,<br><br>Defendant. | NO. CR18-162JLR<br><br>[PROPOSED] ORDER TO SEAL EXHIBIT B TO THE GOVERNMENT'S MOTION TO DETAIN DEFENDANT PENDING SENTENCING |

Based upon the motion of the United States, and the representations made therein, and based on the other records and files in this matter, and good cause having been shown:

IT IS HEREBY ORDERED Exhibit B to the Government's Motion to Detain Defendant shall be sealed.

DATED this 5th day of March, 2019.

JAMES L. ROBART
United States District Court Judge

Presented by:

*/s/ Matthew Diggs*
MATTHEW DIGGS
Assistant United States Attorney

Order to Seal Exhibit B to Govt's Motion for Remand - 1
U.S. v. Hany Veletanlic/CR18-162JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970