ALEX,

TALK TO JERRY IN PERSON, DO NOT CALL OR TEXT HIM ABOUT THIS. ASK HIM TO GIVE YOU THIS GEAR:

1. GREEN WALTHER P22 + 2 MAGAZINES + 100RD <u>SUBSONIC</u> 22LR AMMO
2. "BOTTLE HALF FULL" - THE ONE FROM BILL, JERRY KNOWS
3. BASIC 9MM PISTOL, NOTHING RARE OR CUSTOM + 2 MAGAZINES GLOCK 17 WILL DO, + 50 ROUNDS OF QUALITY HP-DEFENSE AMMO
4. BASIC MILITARY 16" AR-15 M4, FROM THE BOX OF MANY + 2 METAL MIL-SPEC 30RD MAGAZINES FULL OF BRASS-CASED FACTORY AMMO, NO RELOADS. MAKE SURE IT HAS A GOOD CARRY HANDLE REAR SIGHT.

TELL JERRY TO TEST RUN ALL OF THE GEAR AND MAKE SURE IT WORKS RELIABLE WITH AMMO PROVIDED. MAKE SURE THE RIGS ARE CLEAN AND OILED. MAKE SURE THEY ARE ZEROED IN AT <u>25 YARDS</u>.

BOX EVERYTHING UP IN ONE BOX, SECURE PICK UP WILL CONTACT YOU. IT WILL LIKELY BE ON A SHOP DAY IN PERSON. DISTROY THIS NOTE AFTER THE PICK UP HAS BEEN MADE. NO NAMES, NO PHOTOS, NO SMALL TALK. ONE OF THOSE TIMES I REALLY NEED A FAVOR AT THE SPEED YOU AND I WORK. CONFIRMATION CODE OVER PHONE/EMAIL: "KITTIES BEEN FED?" YES/NO

[REDACTED]      ALEX - WHITE DODGE RAM DIESEL,
                         BEAT UP

MONDAY OR FRIDAY AFTER 1PM (SHOP DAYS)

000097