ALEX, EMAIL CODE "ARE KITTIES FED GOOD?" ANSWER YES/NO

TALK TO JERRY IN PERSON ABOUT THIS, NO CALLS OR TEXTS. HAVE HIM BOX UP THIS GEAR AND GIVE IT TO YOU

1. GREEN WALTHER P22 + 2 MAGAZINES + 100 RD SUBSONIC 22LR AMMO, REMOVE #
2. "BOTTLE HALF FULL" - THE ONE FROM BILL, JERRY KNOWS, REMOVE #
3. 9MM EAA WITNESS-P, CZ-75 STYLE POLY FRAME GUN, THE ONE WITH REMOVED SERIAL NUMBER, JERRY KNOWS + 50 RD OF GOOD AMMO
4. BASIC MILITARY 16" AR-15 M4 FROM THE BOX OF MANY + 2 METAL 30 RD MIL-SPEC MAGAZINES FULL OF FACTORY BRASS AMMO MAKE SURE IT HAS CARRY HANDLE REAR SIGHT.

MAKE SURE ALL RIGS WORK WITH AMMO PROVIDED AND ARE ALL ZEROED AT 25 YARDS. MAKE SURE EVERYTHING IS BOXED IN THE SAME BOX BEFORE HE HANDS IT TO YOU. PICK UP WILL CONTACT YOU ON A SHOP DAY IN PERSON, YOU JUST HAND OVER THE SEALED BOX AND FORGET IT EVER HAPPENED, NO MENTION TO JAY, NO PHOTOS, NO SMALL TALK. JERRY; REMOVE CAN AND WALTHER NUMBERS

SHOP DAYS: MONDAY AND FRIDAY
AFTER 1:00 PM

ALEX - WHITE DODGE RAM DIESEL

① ▮▮▮▮▮▮▮▮▮▮ LIKELY PARENTS HOUSE SINCE 1980's

1. INNER URBAN AGROCULTURE
2. JDR PARTNERS LLC
3. ▮▮▮▮ PROPERTY MENAGEMENT LLC
4. GREEN OUTFITTERS LLC - OCEAN SHORES ST

② ~~INNER~~ EDIBLE AGROCULTURE INC.
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

③ SKYWAY GOLD HOLDINGS
▮▮▮▮▮▮▮▮▮▮▮▮