IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>                    Plaintiff, )<br>)<br>vs.                           )<br>)<br>HANY VELETANLIC              )<br>)<br>                    Defendant(s). )<br>) | No. CR18-162JLR |

**EXCERPT OF VERBATIM REPORT OF TELEPHONE CALL**
(FROM TAPED PROCEEDINGS)

Audio file name:  Exhibit 5

Date and time of call:  Unknown

Participants:  Hany Veletanlic and Unidentified Speaker

Produced for Assistant United States Attorneys Thomas Woods and Matthew Diggs

(Transcribed by: Adrienne Kuehl)

```
 1        (BEGIN EXCERPT AT 3:28)
 2        MR. VELETANLIC:  Hey, I have a question.
 3        UNIDENTIFIED SPEAKER:  Yeah.
 4        MR. VELETANLIC:  Are you able to, uh -- my very dear
 5   friend, are you able to figure out -- I don't know the
 6   address.  I know how to get there.  Are you able to pull up
 7   his address?  I know it's not under his name.  It's in
 8   probably some company.
 9        UNIDENTIFIED SPEAKER:  Um, I can try and figure it
10   out, yeah.
11        MR. VELETANLIC:  Yeah.  I know where it's at, too.
12   You know, it's right on water.
13        UNIDENTIFIED SPEAKER:  Well, there -- there's --
14   there's multiple -- multiple places, though, you know.
15        MR. VELETANLIC:  Yeah.
16        UNIDENTIFIED SPEAKER:  But yeah, I mean, I'll -- just
17   from what you said, I can probably figure it out.
18        MR. VELETANLIC:  Okay.  Okay.  I -- I could -- I could
19   use it.  I could use a bunch of those addresses.
20        UNIDENTIFIED SPEAKER:  Okay.
21        MR. VELETANLIC:  Yeah, if you can, please let me know.
22   It's just I'm doing a research project here.
23        UNIDENTIFIED SPEAKER:  Yeah, yeah.
24        MR. VELETANLIC:  Yeah, it's for a book.
25        (END EXCERPT AT 4:24)
```

```
 1

 2        (BEGIN EXCERPT AT 9:15)

 3        MR. VELETANLIC:  But listen, hey, try and -- try and

 4   get me -- try and get me those addresses.  And I really

 5   mean that.  Really, really, really --

 6        UNIDENTIFIED SPEAKER:  Okay.

 7        MR. VELETANLIC:  -- mean that.  And, uh, it's -- it's

 8   the address -- it's -- it's -- you know where it's at on

 9   water?

10        UNIDENTIFIED SPEAKER:  Yeah, yeah.

11        MR. VELETANLIC:  So -- so yeah.  I can explain it to

12   you.  And then -- and then let me know once you have 'em.

13   And we'll go from there.

14        UNIDENTIFIED SPEAKER:  Okay.

15        MR. VELETANLIC:  It's kind of important.  But, uh,

16   yeah.

17        (END EXCERPT AT 9:45)

18

19

20

21

22

23

24

25
```

C E R T I F I C A T E

STATE OF WASHINGTON )
                    )  ss.
County of PIERCE    )

I, the undersigned, do hereby certify:

That the foregoing Audio Transcription of the above was transcribed under my direction; that the transcript is a full, true and complete transcript of the proceedings, including all questions, objections, motions and exceptions; except for those portions shown as Inaudible, if any;

That I am not a relative, employee, attorney or counsel of any party to this action or relative or employee of any such attorney or counsel, and that I am not financially interested in the said action or the outcome thereof;  That I am herewith delivering the same to AUSAs Thomas Woods and Matthew Diggs for filing.

IN WITNESS WHEREOF, this 18th Day of June, 2019.


/s/ Adrienne Kuehl
Adrienne Kuehl, Residing
At Tacoma, Washington.