```
                IN THE UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF WASHINGTON
                           AT SEATTLE
```

UNITED STATES OF AMERICA,          )
                                   )
                       Plaintiff,  )  No. CR18-162JLR
vs.                                )
                                   )
                                   )
HANY VELETANLIC                    )
                                   )
                    Defendant(s).  )
                                   )

---

**EXCERPT OF VERBATIM REPORT OF TELEPHONE CALL**
**(FROM TAPED PROCEEDINGS)**

Audio file name:  Exhibit 6

Date and time of call:  Unknown

Participants:  Hany Veletanlic and Unidentified Speaker

Produced for Assistant United States Attorneys Thomas Woods and Matthew Diggs

(Transcribed by: Adrienne Kuehl)

CATHERINE M. VERNON & ASSOCIATES, LLC

```
 1         (BEGIN EXCERPT AT 3:45)
 2         MR. VELETANLIC:  So straight up, like she's -- so in
 3  the email, I -- I actually said she's done; she's fired.
 4  But anyhow, listen, hey, any -- any, uh -- any way you
 5  could, um -- uh, if you can give me some of the info I
 6  asked you, that would actually -- that would really be
 7  helpful.  And probably sooner than later.
 8         UNIDENTIFIED SPEAKER:  Okay.  I -- for your book?
 9         MR. VELETANLIC:  Yeah.  That's all I can say.
10         UNIDENTIFIED SPEAKER:  Okay.  Um, I will work on that
11  this weekend.
12         MR. VELETANLIC:  Okay.  Yeah.
13         UNIDENTIFIED SPEAKER:  So yeah.
14         MR. VELETANLIC:  Sooner than later.  I mean, I was --
15  yeah.  I mean, even if you were to come up with anything.
16  And then I'll call you.  And once we talk, just tell me.
17         UNIDENTIFIED SPEAKER:  Okay.
18         MR. VELETANLIC:  But yeah, I really am trying to write
19  this book.  And I want it -- want it to be real nice.  I
20  mean, this is going to take a long time, but -- but the
21  more I can write, you know what I mean, little by little,
22  uh, you know what I mean?
23         UNIDENTIFIED SPEAKER:  Yeah.
24         MR. VELETANLIC:  So --
25         UNIDENTIFIED SPEAKER:  Uh huh.
```

```
 1         MR. VELETANLIC:  -- yeah.  Um, but that -- that's kind
 2   of the start, you know.
 3         UNIDENTIFIED SPEAKER:  Okay.
 4         MR. VELETANLIC:  So and I'm -- and I'm --
 5         UNIDENTIFIED SPEAKER:  All right.
 6         MR. VELETANLIC:  -- and I'm eager to get started, if
 7   you know what I mean.
 8         UNIDENTIFIED SPEAKER:  Yeah.
 9         (END EXCERPT AT 4:47)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

C E R T I F I C A T E

STATE OF WASHINGTON )
                        ) ss.
County of PIERCE    )

    I, the undersigned, do hereby certify:

    That the foregoing Audio Transcription of the above was transcribed under my direction; that the transcript is a full, true and complete transcript of the proceedings, including all questions, objections, motions and exceptions; except for those portions shown as Inaudible, if any;

    That I am not a relative, employee, attorney or counsel of any party to this action or relative or employee of any such attorney or counsel, and that I am not financially interested in the said action or the outcome thereof;  That I am herewith delivering the same to AUSAs Thomas Woods and Matthew Diggs for filing.

    IN WITNESS WHEREOF, this 18th Day of June, 2019.


                /s/ Adrienne Kuehl
                Adrienne Kuehl, Residing
                At Tacoma, Washington.