```
           IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF WASHINGTON
                       AT SEATTLE
```

UNITED STATES OF AMERICA,       )
                                )
                    Plaintiff,  )  No. CR18-162JLR
vs.                             )
                                )
HANY VELETANLIC                 )
                                )
                    Defendant(s).)
                                )

VERBATIM REPORT OF TELEPHONE CALL
(FROM TAPED PROCEEDINGS)

Audio file name:  Exhibit 7

Date and time of call:  Unknown

Participants:  Hany Veletanlic and Unidentified Speaker

Produced for Assistant United States Attorneys Thomas Woods and Matthew Diggs

(Transcribed by: Adrienne Kuehl)

CATHERINE M. VERNON & ASSOCIATES, LLC

000178

```
 1         (CALL INITIATION NOT TRANSCRIBED)
 2         UNIDENTIFIED SPEAKER:  Hello?
 3         MR. VELETANLIC:  Hey.  I'm next (Inaudible).
 4         UNIDENTIFIED SPEAKER:  Okay.
 5         MR. VELETANLIC:  And hey, just a quick question.
 6   (Inaudible) have a chance to look at that -- look at that
 7   info -- my book info?
 8         UNIDENTIFIED SPEAKER:  I -- I have not yet today.
 9         MR. VELETANLIC:  Okay.
10         UNIDENTIFIED SPEAKER:  Haven't -- haven't had a -- a
11   chance to.
12         MR. VELETANLIC:  Okay.  Is there -- is there a way you
13   might be able to do it before like nine?  Just curious.
14         UNIDENTIFIED SPEAKER:  Oh, um, I don't know if I can -
15   -
16         MR. VELETANLIC:  I can still call, but you know.  I --
17   I know you got your hands full.
18         UNIDENTIFIED SPEAKER:  Oh, I --
19         MR. VELETANLIC:  But you know, I was just curious.
20   It's kind of time sensitive.  I'd love to start writing it.
21         UNIDENTIFIED SPEAKER:  Okay.  Um, I don't know if I
22   can --
23         MR. VELETANLIC:  Um, how about this -- okay, go ahead.
24         UNIDENTIFIED SPEAKER:  Go ahead.
25         MR. VELETANLIC:  I can -- I can try to call you and be
```

```
 1  like, okay, you know, if you had a chance, if you got me
 2  anything, especially, the -- you know, there -- there's a
 3  house in Everett there by the water.  And, uh --
 4       UNIDENTIFIED SPEAKER:  Okay.
 5       MR. VELETANLIC:  -- um, it's -- you know what I mean?
 6  Or you think you can probably get it for sure, sure
 7  tomorrow?
 8       UNIDENTIFIED SPEAKER:  Yeah.  I -- I think I know --
 9  I'm pretty sure I know what you're talking about.  I've
10  looked at it before, but I'll double check.
11       MR. VELETANLIC:  Okay.
12       UNIDENTIFIED SPEAKER:  Should be from like, uh -- like
13  the '80s, it's kind of in that area?
14       MR. VELETANLIC:  Where?
15       UNIDENTIFIED SPEAKER:  Like built in like the '80s
16  kind of place.
17       MR. VELETANLIC:  Uh, it's like you take --
18       UNIDENTIFIED SPEAKER:  Something like that.
19       MR. VELETANLIC:  -- you take the 41st, and you go to
20  the -- and you go up over the hill to that park.
21       UNIDENTIFIED SPEAKER:  Uh huh.
22       MR. VELETANLIC:  And then -- and then it's pretty much
23  like a mile down.  As soon as it starts to drop -- drop,
24  it's like right there on the water.
25       UNIDENTIFIED SPEAKER:  Yeah.  I think I know the
```

1  place.
2      MR. VELETANLIC:  Yeah, it's like -- it's sold -- it
3  sold for $1.2 mil like two years ago.
4      UNIDENTIFIED SPEAKER:  Oh.  Okay.
5      MR. VELETANLIC:  Yeah.  That's what he said, but --
6      UNIDENTIFIED SPEAKER:  Um, then that --
7      MR. VELETANLIC:  -- likely (Inaudible) because it was
8  pretty big.
9      UNIDENTIFIED SPEAKER:  -- that might -- that might not
10  be the place that I'm thinking of then.
11      MR. VELETANLIC:  But if you can't --
12      UNIDENTIFIED SPEAKER:  I'll look.
13      MR. VELETANLIC:  -- find all the addresses.  All the
14  addresses.  Um, I mean, it's -- it's kind of really
15  important because I got to start writing.  And -- and --
16  and as soon as -- you know, like around here, as soon as
17  you say you'll start writing, it's kind of like you got to
18  start.  You know what I mean?
19      UNIDENTIFIED SPEAKER:  Okay.
20      MR. VELETANLIC:  Like -- like everybody's -- everybody
21  wants -- you know, like everybody takes your word for it.
22      UNIDENTIFIED SPEAKER:  Oh, yeah.
23      MR. VELETANLIC:  I know -- I know you got your hands
24  full.  But -- but yeah.  I mean, if -- if you can maybe do
25  like a ten minute check, you know, I can -- I can try to

1  call you before nine and then continue tomorrow good, you
2  know.
3         UNIDENTIFIED SPEAKER:  Uh huh.  Okay.
4         MR. VELETANLIC:  Just -- just so I have something.
5         UNIDENTIFIED SPEAKER:  Okay.
6         MR. VELETANLIC:  Yeah.  So how about that?  I'll call
7  you at -- I'll call you at nine and I'll definitely not
8  call you near -- near black (Inaudible).
9         UNIDENTIFIED SPEAKER:  Okay.
10        MR. VELETANLIC:  Yeah.
11        UNIDENTIFIED SPEAKER:  All right.
12        MR. VELETANLIC:  Okay, all right.
13        UNIDENTIFIED SPEAKER:  Sounds good.
14        MR. VELETANLIC:  Bye.  Bye.
15        UNIDENTIFIED SPEAKER:  Bye.
16        (END OF RECORDING)

C E R T I F I C A T E

STATE OF WASHINGTON )
                      ) ss.
County of PIERCE    )

    I, the undersigned, do hereby certify:

    That the foregoing Audio Transcription of the above was transcribed under my direction; that the transcript is a full, true and complete transcript of the proceedings, including all questions, objections, motions and exceptions; except for those portions shown as Inaudible, if any;

    That I am not a relative, employee, attorney or counsel of any party to this action or relative or employee of any such attorney or counsel, and that I am not financially interested in the said action or the outcome thereof;  That I am herewith delivering the same to AUSAs Thomas Woods and Matthew Diggs for filing.

    IN WITNESS WHEREOF, this 18th Day of June, 2019.


                       /s/ Adrienne Kuehl
                       Adrienne Kuehl, Residing
                       At Tacoma, Washington.