```
                IN THE UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF WASHINGTON
                           AT SEATTLE
```

UNITED STATES OF AMERICA,       )
                                )
                     Plaintiff, )  No. CR18-162JLR
vs.                             )
                                )
                                )
HANY VELETANLIC                 )
                                )
                  Defendant(s). )
                                )


VERBATIM REPORT OF TELEPHONE CALL
(FROM TAPED PROCEEDINGS)


Audio file name:  Exhibit 12


Date and time of call:  Unknown


Participants:  Hany Veletanlic and Unidentified Speaker


Produced for Assistant United States Attorneys Thomas Woods and Matthew Diggs




(Transcribed by: Adrienne Kuehl)




CATHERINE M. VERNON & ASSOCIATES, LLC

Case 2:18-cr-00162-JLR   Document 168-7   Filed 10/28/19   Page 2 of 8

Page **2** of **8**

```
1        (CALL INITATION NOT TRANSCRIBED)
2        UNIDENTIFIED SPEAKER:  Hello?
3        MR. VELETANLIC:  Hey.  Can you hear me?
4        UNIDENTIFIED SPEAKER:  Hey.  Yes.
5        MR. VELETANLIC:  Hey, uh, how you doing?
6        UNIDENTIFIED SPEAKER:  What's up, man?  I'm okay.  I'm
7   trying not to fucking -- trying not to catch the plague
8   that my kid got.  But I'm okay.
9        MR. VELETANLIC:  All right.  All right.  Hey, are you
10  at the shop?
11       UNIDENTIFIED SPEAKER:  Yeah.
12       MR. VELETANLIC:  Okay, cool.  Hey, did any, uh,
13  certified letters just come in or something?
14       UNIDENTIFIED SPEAKER:  No, nothing.
15       MR. VELETANLIC:  Nothing. Okay. All right. Uh --
16       UNIDENTIFIED SPEAKER:  I've been (Inaudible) -- I've
17  been -- I've been inside working just in case like for when
18  the mail person showed up.
19       MR. VELETANLIC:  You did what?  I can't hear you.
20       UNIDENTIFIED SPEAKER:  I've been inside working all --
21  I've been inside working all day.
22       MR. VELETANLIC:  Okay.  All right.  All right.  Yeah.
23  Hey, uh --
24       UNIDENTIFIED SPEAKER:  So I've been like right there,
25  you know.
```

CATHERINE M. VERNON & ASSOCIATES, LLC

000130

1  MR. VELETANLIC: All right. Well, yeah. Just -- just
2  -- just keep at it. Um, I'm gonna have, um, some -- a
3  certified letter come in. Um, and, um, you'll see. The
4  letter will explain everything. I need this insurance
5  documents collected.
6  UNIDENTIFIED SPEAKER: Is it -- is it like from
7  Premera or something like that? Because there was like --
8  there was something in the mailbox from Premera.
9  MR. VELETANLIC: No, no, no, no, no. The -- the --
10 it's going to come in -- it's going to come with a -- with
11 a certified carrier, too.
12 UNIDENTIFIED SPEAKER: Okay.
13 MR. VELETANLIC: It'll all be in the letter. Um, but
14 yeah. Okay. I'm just -- I'm just going to double check
15 here maybe in just a little bit. I got to -- I got to make
16 a -- make another call. Um, and yeah. (Inaudible) --
17 UNIDENTIFIED SPEAKER: How are you doing?
18 MR. VELETANLIC: Well, I'm in a -- I'm in a pretty
19 fucking terrible place. But, uh, I am -- trust me, I am
20 working on everything I possibly can. And that's why --
21 that's why sending these -- these insurance documents is
22 gonna be really, really, really important. And that's why
23 I'm asking you to do it. Um, since J's (phonetic) kind of
24 overwhelmed with -- with all this. So, um, you know,
25 sometimes -- sometimes I feel that he doesn't -- can't --

1  can't handle the -- the -- the urgency, you know what I
2  mean?  And --
3       UNIDENTIFIED SPEAKER:  Well, he just -- I mean, I
4  don't know.  He's -- he's J.
5       MR. VELETANLIC:  Yeah.  Yeah.  So I figured -- I
6  figured as far as this -- this deal --
7       UNIDENTIFIED SPEAKER:  He does as best he can, then he
8  gets just overwhelmed and he kind of fucking taps out for a
9  little bit.  Then he'll get back to it.
10      MR. VELETANLIC:  Okay.  All right.  Well, tell you
11 what.  I'm gonna --
12      UNIDENTIFIED SPEAKER:  (Inaudible) --
13      MR. VELETANLIC:  Yeah.  I'm gonna -- I'm gonna just,
14 uh -- I got to go -- I got to double check on something.
15 But I'm going to call you back here like real -- real quick
16 like within an hour or less.
17      UNIDENTIFIED SPEAKER:  Okay.
18      MR. VELETANLIC:  Yeah.  Okay.  All right.  I -- I'm
19 going to chat with you in just a little bit.  I'll give you
20 more about, you know, everything that's going on.  But bro,
21 this is straight up prison.  So you know, you don't --
22      UNIDENTIFIED SPEAKER:  Yeah.  I've -- I've, um -- I
23 know people who have been there.
24      MR. VELETANLIC:  Yeah, you don't -- you don't hang out
25 with blacks.  You don't, uh, you know -- you know, they

```
 1  can't sit at your tables.  You know, you got the white boy
 2  tables.  You got the black boy tables.  I mean --
 3       UNIDENTIFIED SPEAKER:  Where the fuck do you sit?
 4       MR. VELETANLIC:  Well, the -- the white boys took me
 5  right away.  So I was like, all right, fuck it.  I guess
 6  I'm a white boy in prison.  And trust me, in prison, I'm a
 7  white boy.  I sure as shit ain't no nigger.  Um --
 8       UNIDENTIFIED SPEAKER:  Oh, yeah, dude.  It's
 9  different.  It's different.  It's different.
10       MR. VELETANLIC:  Yeah.
11       UNIDENTIFIED SPEAKER:  It's not like out here.  I
12  know.
13       MR. VELETANLIC:  And I fucking (Inaudible) --
14       UNIDENTIFIED SPEAKER:  Like I know.
15       MR. VELETANLIC:  -- I thought it was going to be like
16  20 percent smart folks that are in here for smart crimes
17  and 80 percent -- no.  It's about one percent for smart
18  crimes or less.  The rest are oh, my god.  Like oh, my god.
19  Um, but yeah.  There's -- there's a lot of --
20       UNIDENTIFIED SPEAKER:  (Inaudible) people who have the
21  brains to pull something off.  (Inaudible) the brains to
22  pull something off, they ain't getting caught.
23       MR. VELETANLIC:  Well, that's not even --
24       UNIDENTIFIED SPEAKER:  You know what I mean?
25       MR. VELETANLIC:  -- like you know, there's -- there's
```

```
 1   people here for like an ounce.  You know, for ounces.  You
 2   know, that's --
 3        UNIDENTIFIED SPEAKER:  Really?
 4        MR. VELETANLIC:  You know, that's how -- that's how
 5   feds -- feds just boost their numbers.  You know what I
 6   mean?  And there ain't virtually anybody who ever took
 7   their -- who ever took their shit to trial.  So -- but I'm
 8   just -- just know that I am really trying to fight this
 9   through appeals.  And -- and that I'm getting lawyers ready
10   and all the lawyering stuff.  You know, there -- I'm not
11   dead, you know what I mean.  That's the thing.
12        But, uh -- but this is really important.  It's going
13   to have this -- this insurance stuff that I'm asking you
14   about is going to make a lot of sense when -- when you read
15   it.  And just one of the --
16        UNIDENTIFIED SPEAKER:  All right.
17        MR. VELETANLIC:  -- yeah.  Um, it's -- it's --
18        UNIDENTIFIED SPEAKER:  (Inaudible) said hi.
19        MR. VELETANLIC:  -- I -- what's that?
20        UNIDENTIFIED SPEAKER:  (Inaudible) hi.
21        MR. VELETANLIC:  You -- (Inaudible).
22        UNIDENTIFIED SPEAKER:  He can hear you.
23        MR. VELETANLIC:  You what?
24        UNIDENTIFIED SPEAKER:  The cat.  Orange --
25        MR. VELETANLIC:  Oh.
```

1      UNIDENTIFIED SPEAKER:  -- orange cat came up and said
2  hi.
3      MR. VELETANLIC:  Oh, wow.  That's cool.
4      UNIDENTIFIED SPEAKER:  (Inaudible).
5      MR. VELETANLIC:  (Inaudible).
6      UNIDENTIFIED SPEAKER:  He can hear you.  Because it's
7  not, you know --
8      MR. VELETANLIC:  Nice.  All right.  Well, I'll tell
9  you what.  Let me -- I got to -- I got to -- I got to do
10 some -- I got to do some work here real quick.  And then
11 I'm gonna call you right back.
12     UNIDENTIFIED SPEAKER:  All right.  Sounds good, man.
13     MR. VELETANLIC:  All right, cool.  All right.  Bye.
14     UNIDENTIFIED SPEAKER:  All right.  Bye.
15     (END OF RECORDING)

C E R T I F I C A T E

STATE OF WASHINGTON )
                         ) ss.
County of PIERCE     )

    I, the undersigned, do hereby certify:

    That the foregoing Audio Transcription of the above was transcribed under my direction; that the transcript is a full, true and complete transcript of the proceedings, including all questions, objections, motions and exceptions; except for those portions shown as Inaudible, if any;

    That I am not a relative, employee, attorney or counsel of any party to this action or relative or employee of any such attorney or counsel, and that I am not financially interested in the said action or the outcome thereof; That I am herewith delivering the same to AUSAs Thomas Woods and Matthew Diggs for filing.

    IN WITNESS WHEREOF, this 18th Day of June, 2019.


                /s/ Adrienne Kuehl
                Adrienne Kuehl, Residing
                At Tacoma, Washington.