IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,    )
                             )
                  Plaintiff, )  No. CR18-162JLR
vs.                          )
                             )
HANY VELETANLIC              )
                             )
               Defendant(s). )

VERBATIM REPORT OF TELEPHONE CALL
(FROM TAPED PROCEEDINGS)

Audio file name:  Exhibit 13

Date and time of call:  Unknown

Participants:  Hany Veletanlic and Unidentified Speaker

Produced for Assistant United States Attorneys Thomas Woods and Matthew Diggs

(Transcribed by: Adrienne Kuehl)

CATHERINE M. VERNON & ASSOCIATES, LLC

```
 1        (CALL INITATION NOT TRANSCRIBED)
 2        MR. VELETANLIC:  Hey, man.
 3        UNIDENTIFIED SPEAKER:  What's up?
 4        MR. VELETANLIC:  Hey, I'm trying to call J and he's --
 5   he -- I can't get -- I can't get through to him.  So -- so
 6   listen.  Do you -- do you have the list of documents in
 7   front of you or anywhere near you?
 8        UNIDENTIFIED SPEAKER:  Um -- uh, no.
 9        MR. VELETANLIC:  Who has it?
10        UNIDENTIFIED SPEAKER:  Um, I have it, but I don't have
11   it like close.
12        MR. VELETANLIC:  Okay.  Okay.  Okay.  Listen.  If I
13   tell you something, can you try to remember?
14        UNIDENTIFIED SPEAKER:  Um, sure.
15        MR. VELETANLIC:  Okay.  So have you talked to J yet?
16        UNIDENTIFIED SPEAKER:  Yeah.  Not like -- no --
17        MR. VELETANLIC:  Okay.  Listen.  He has a -- I gave
18   him a bag with all my, you know, important life -- life
19   documents.  Most of it's insurance stuff.  In that bag,
20   there is a short -- it's probably the shortest document in
21   the whole thing.  The shortest one.
22        UNIDENTIFIED SPEAKER:  Okay.
23        MR. VELETANLIC:  Okay.  That is the one I need the
24   most.  That's the -- it's like -- it's a life insurance
25   thing.  So -- so have him give you that.  And, uh -- and --
```

1  and the other stuff.  Um, I don't -- I don't need the -- I
2  don't need the fourth document.
3      And -- okay.  Can you remember that?
4      UNIDENTIFIED SPEAKER:  Yes.
5      MR. VELETANLIC:  Okay.  He doesn't have to do anything
6  -- anything.  Just simply give it to you.
7      UNIDENTIFIED SPEAKER:  Okay.
8      MR. VELETANLIC:  Okay.  And, uh, dude, don't -- don't
9  tell him anything else.  Simply that my life depends on it
10 and I'm coming up on deadlines.  The court dates are coming
11 up.  And, uh, we just got the transcripts from the -- from
12 the trial.  It's -- this is straight up -- dude, if he
13 pulls something and says that he can't, he won't, uh, then
14 I don't know how I'm gonna from here fire him and -- and --
15 and -- because that is worse -- he is gonna fuck me more
16 than -- than what Art (phonetic) did.  This is actually
17 straight up fucking me out of my life here, what he's gonna
18 do with that --
19     UNIDENTIFIED SPEAKER:  He, um --
20     MR. VELETANLIC:  -- if he doesn't do it.
21     UNIDENTIFIED SPEAKER:  -- he knows you're worried he's
22 gonna have to -- he's getting forced into a --
23     MR. VELETANLIC:  He's what?
24     UNIDENTIFIED SPEAKER:  -- forced into visitation or
25 something.

1       MR. VELETANLIC:  What's that?

2       UNIDENTIFIED SPEAKER:  I said he's -- he's, uh -- he's

3  worried he's gonna get forced into, uh, visitations.

4       MR. VELETANLIC:  No.  No.  No.  It's -- he has nothing

5  to do with anything.  He just simply has to give you my

6  documents.  That is it.  That's why I asked you, see.

7  That's why I asked you.  I didn't ask him.  I asked you to

8  collect it because I know that he's not capable of -- of --

9  of simply, you know, putting some -- some documents into a

10 -- into a -- you know, a package or envelope and fucking

11 sending it out.  So that's why I asked you.  So that's all

12 he has to do.

13      He -- he -- you should have not told him even whatever

14 -- whatever you might have told him.  So simply that's it.

15 If I don't get my money, I'm not going to be able to fight

16 this.  And if I don't get those particular documents, I am

17 not going to be able to fight shit.  I am gonna be

18 sentenced to fucking ten years.  I don't know if J

19 (phonetic) told you, but that's -- that's what it's looking

20 like.

21      So -- so do you see what I mean --

22      UNIDENTIFIED SPEAKER:  (Inaudible).

23      MR. VELETANLIC:  -- how important this is?  I have to

24 -- I have to have those things.  So if he's -- if he's

25 going to be a bitch fucking Art, then he simply now has to

CATHERINE M. VERNON & ASSOCIATES, LLC

000140

1  hand you over what's mine, don't do shit.  He doesn't have
2  to do anything.  I can't ask him to go and read through
3  everything and you know, remove any of the -- you know, my
4  contact information or anything.  Just -- just simply
5  fucking give it to you and take the simplest -- the
6  shortest life insurance document from that bag.  The
7  shortest one.  And just fucking give you that instead.
8  Instead of -- instead of that half -- that half full bottle
9  from homie.
10         Do you -- do you see what I mean?
11         UNIDENTIFIED SPEAKER:  Okay.
12         MR. VELETANLIC:  So that's --
13         UNIDENTIFIED SPEAKER:  Yeah.
14         MR. VELETANLIC:  -- it.  So -- so -- so you --
15  whatever you do with him tonight, you should have those
16  things tonight.  You know what I mean?  If you got to -- if
17  you got to put a squeeze on him, you do whatever it takes.
18  But you put a squeeze on him.
19         See what I mean?  All right, I'm gonna -- I'm gonna
20  let you go.  But Alex, I really need this.  But it's --
21         UNIDENTIFIED SPEAKER:  Okay, dude.
22         MR. VELETANLIC:  -- specifically -- yeah, it's
23  specifically what I asked.  It's -- it's -- I need that --
24  that specific little life insurance document, the little
25  one.  The short one.

1       UNIDENTIFIED SPEAKER:  Okay.
2       MR. VELETANLIC:  Okay.  That ain't -- that ain't but
3  about like a few inches of text.
4       UNIDENTIFIED SPEAKER:  Okay.
5       MR. VELETANLIC:  All right.  I'm gonna call you back
6  tonight.  Thanks.
7       UNIDENTIFIED SPEAKER:  Okay.  All right.  All right.
8       (END OF RECORDING)

C E R T I F I C A T E

STATE OF WASHINGTON )
                        ) ss.
County of PIERCE     )

    I, the undersigned, do hereby certify:

    That the foregoing Audio Transcription of the above was transcribed under my direction; that the transcript is a full, true and complete transcript of the proceedings, including all questions, objections, motions and exceptions; except for those portions shown as Inaudible, if any;

    That I am not a relative, employee, attorney or counsel of any party to this action or relative or employee of any such attorney or counsel, and that I am not financially interested in the said action or the outcome thereof;  That I am herewith delivering the same to AUSAs Thomas Woods and Matthew Diggs for filing.

    IN WITNESS WHEREOF, this 18th Day of June, 2019.


                      /s/ Adrienne Kuehl
                      Adrienne Kuehl, Residing
                      At Tacoma, Washington.