```
            IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF WASHINGTON
                       AT SEATTLE
UNITED STATES OF AMERICA,    )
                             )
                 Plaintiff,  )  No. CR18-162JLR
vs.                          )
                             )
HANY VELETANLIC              )
                             )
                 Defendant(s).)
                             )
```

VERBATIM REPORT OF TELEPHONE CALL
(FROM TAPED PROCEEDINGS)

Audio file name:  Exhibit 14

Date and time of call:  Unknown

Participants:  Hany Veletanlic and Unidentified Speaker

Produced for Assistant United States Attorneys Thomas Woods and Matthew Diggs

(Transcribed by: Adrienne Kuehl)

CATHERINE M. VERNON & ASSOCIATES, LLC

000144

```
 1        (CALL INITATION NOT TRANSCRIBED)
 2        MR. VELETANLIC:  Hey, man.
 3        UNIDENTIFIED SPEAKER:  Hey, what's up?
 4        MR. VELETANLIC:  Hey, what's going on?
 5        UNIDENTIFIED SPEAKER:  Dude, Jerry's like flat earth
 6   like full on fucking crazy now.
 7        MR. VELETANLIC:  Okay.  Give me some -- give me some -
 8   - okay, let me ask you this.  What -- what -- what did you
 9   -- in what matter did you discuss with him that got him all
10   flip -- flipping out?  And first time around.
11        UNIDENTIFIED SPEAKER:  Uh, (Inaudible).  I was like,
12   hey, dude.  I was like, uh --
13        MR. VELETANLIC:  I need to talk to him.  He's not
14   answering my phones.  Did he tell you I've been trying to
15   (Inaudible) --
16        UNIDENTIFIED SPEAKER:  Oh, dude.  Oh, my god, dude.
17   He's like full on flat earth.  Like full on flat earth.
18        MR. VELETANLIC:  Like what?  Like what's his deal?
19   Like -- like -- like is he flipping out?
20        UNIDENTIFIED SPEAKER:  I just -- I just asked him.  I
21   just asked him.  I was like, hey, man, what time do you get
22   off work?  He's like, uh -- you know, he told me.  So I was
23   like, all right, cool.  I was like, I'll, uh -- I was like,
24   I'll shoot over there.  I haven't seen you in a while.  You
25   know.
```

1     And then we, uh -- I talked about getting those, uh --
2     MR. VELETANLIC: Papers?
3     UNIDENTIFIED SPEAKER: Yeah. And then, um, he like
4 went white.
5     MR. VELETANLIC: I -- I -- look, man.
6     UNIDENTIFIED SPEAKER: I wasn't like -- I wasn't like
7 -- it wasn't like anything crazy. You know, I was just
8 like, hey, you know, just --
9     MR. VELETANLIC: (Inaudible).
10     UNIDENTIFIED SPEAKER: -- like mega casual.
11     MR. VELETANLIC: Simply just -- just -- I mean --
12     UNIDENTIFIED SPEAKER: He like turned like white. And
13 then like color came back. And he was like -- he was like,
14 "Fuck this. Fuck that. Fuck, fuck, fuck." And I was
15 like, (Inaudible).
16     MR. VELETANLIC: Really?
17     UNIDENTIFIED SPEAKER: Yeah.
18     MR. VELETANLIC: Well, then we got to get -- well,
19 look -- look. Then in that case, can you -- can you --
20 would you -- would you be able to (Inaudible) --
21     UNIDENTIFIED SPEAKER: He's not home and he's not --
22 he's not home and he's not, uh -- he's not at work.
23     MR. VELETANLIC: Okay. I mean, let me ask you this.
24 He's obviously unstable. This is -- this is the biggest
25 thing I've -- I've ever needed someone to do for me. Is

1  there a way that you could straight up go grab all that
2  stuff from him and, uh, thank him -- thank him for -- for
3  the space. And, uh -- and hold onto that for me?
4       UNIDENTIFIED SPEAKER: Um, I don't know what it is,
5  though.
6       MR. VELETANLIC: Oh, it's just -- it's just a bunch of
7  -- bunch of legal papers. And it's all legal. You know
8  what I mean? I don't -- I don't need -- you know, that's -
9  - that's -- that's the thing. If -- if he's gonna -- if
10 he's gonna have my -- my -- my insurance, you know,
11 documentation now, and he's going to withhold it and not
12 give it to me in a time when I need it, then I got to get -
13 - you know, I got to -- you know, I -- I don't need -- I
14 don't need him to -- to be -- to be -- you know, it's too
15 much responsibility for him -- for him. That's what I'm
16 saying. (Inaudible) --
17      UNIDENTIFIED SPEAKER: He like freaked out. He calls
18 like -- he like wigged out and calls J (phonetic) and like
19 fucking -- yeah, dude.
20      MR. VELETANLIC: He called who?
21      UNIDENTIFIED SPEAKER: It's -- yeah. He called J.
22      MR. VELETANLIC: Why did he call J?
23      UNIDENTIFIED SPEAKER: And J called me. And I was
24 like, fuck.
25      MR. VELETANLIC: Hold on. Alex. Alex. It's -- it's

```
 1  -- this is serious.  Can you --
 2       UNIDENTIFIED SPEAKER:  I know it is.  Tell me about
 3  it.
 4       MR. VELETANLIC:  Can you get to him -- can you get to
 5  him in person?  Can you get to him and get -- and get --
 6  and get my papers from him?  Simply hand over the papers.
 7       UNIDENTIFIED SPEAKER:  I don't know where he is.  He's
 8  not at home and he's not at work.  Like he won't -- he
 9  doesn't answer the phone.
10       MR. VELETANLIC:  This is insane.  Like the guy --
11       UNIDENTIFIED SPEAKER:  Tell me about it.
12       MR. VELETANLIC:  -- (Inaudible).  This is insane.
13       UNIDENTIFIED SPEAKER:  Legit, dude.  That's what I'm
14  saying, dude.  Flat earth, bro.  Like flat earth.  He like
15  came to the conclusion the earth is flat.  It's flat.
16  Crazy.
17       MR. VELETANLIC:  So he called J.  And what did -- what
18  did he tell J that -- that -- I mean, what did J tell you?
19       UNIDENTIFIED SPEAKER:  He told me that, uh, J just
20  called him and he seemed really unstable and agitated.  And
21  I was like, yeah.  Yeah, pretty much.
22       MR. VELETANLIC:  Why is he agitated?  Like what --
23       UNIDENTIFIED SPEAKER:  I don't know.
24       MR. VELETANLIC:  Alex, can I -- can I -- can I leave
25  this in your hands for a little bit longer to see if you
```

```
 1   can iron this out so I'm not making ten calls?  Because
 2   it's not -- you see what I mean?  I've -- I've expressed
 3   the urgency to you.  And -- and --
 4        UNIDENTIFIED SPEAKER:  Yeah, and I've been searching
 5   all day trying to get -- trying to get your paperwork and
 6   shit from him.
 7        MR. VELETANLIC:  Can you just go to his house at 8:00,
 8   or at whatever o'clock?  But just -- just get 'em.
 9        UNIDENTIFIED SPEAKER:  Yeah, sure.  I don't have a
10   family anymore.
11        MR. VELETANLIC:  What's up?
12        UNIDENTIFIED SPEAKER:  I said, sure, I don't have a
13   family anymore.
14        MR. VELETANLIC:  Why don't you have a family anymore?
15        UNIDENTIFIED SPEAKER:  I gave it up.
16        MR. VELETANLIC:  Okay.  Well, then, uh, look.  I -- I
17   would love to talk to you, Alex, but I -- do you see what -
18   -
19        UNIDENTIFIED SPEAKER:  No, it's cool. You got -- you
20   got your shit going on.
21        MR. VELETANLIC:  -- if I don't get this done -- I
22   mean, do you see -- do you see what I mean, if I don't get
23   this done, you understand what this is going -- I mean, I
24   sent you an email, too.  I mean, this is --
25        UNIDENTIFIED SPEAKER:  Yeah, I didn't --
```

1  MR. VELETANLIC:  This is not (Inaudible) --
2  UNIDENTIFIED SPEAKER:  I didn't know how to respond to
3  you.  I was just like, it's -- it's -- it's fucking --
4  MR. VELETANLIC:  So he just flipped -- I mean, has --
5  has there been any additional -- I mean, is there any
6  indication that this guy is unstable.  Because if he is
7  this unstable, I cannot have him be holding any fucking
8  documentation.
9  UNIDENTIFIED SPEAKER:  He's flat earth.  Full on flat
10 earth.
11 MR. VELETANLIC:  He won't -- he won't -- can you be
12 like, hey, answer the fucking call?  Could you get him to
13 answer the phone, or do you think it's not a good idea to
14 get him on the phone?
15 UNIDENTIFIED SPEAKER:  Oh, no.  He -- he told me to
16 tell you to fuck off and he's not going to talk on anything
17 recorded for some whatever the shit, like.
18 MR. VELETANLIC:  Then -- then I need those documents.
19 I mean, Alex, is there any way that you can hunt them down
20 and say, dude, just -- I mean, whatever needs to be done
21 just to get it.  I mean, I need to get shit filed.  If I --
22 dude, it's insane what kind of deadlines.  I mean -- I
23 mean, can we -- can we somehow eliminate this guy, get all
24 my stuff and just -- just get rid of him?  I mean just --
25 just eliminate him from -- from this kind of

```
 1   responsibility.
 2        You know, can you talk to J?  So I don't have to talk
 3   to J, and then I have to call you.  And then I have to iron
 4   out -- can you -- can you perhaps -- you and J just get
 5   together and just -- just -- just get it all and be done
 6   with him as far as this responsibility.  Still have him
 7   feed the cats.  Can you do it?  I mean, so I don't have to
 8   plan it out from here.  Is it possible?
 9        UNIDENTIFIED SPEAKER:  Okay.  I'll call J when we get
10   off the phone.
11        MR. VELETANLIC:  Because the more I'm -- the more I'm
12   planning it out -- you know, the more I'm planning it out
13   from here is just the more of a shit show.  Could you just
14   -- I mean, you see what the situation is.  The guy's
15   unstable.  The guy is crazy.  He's calling J.
16        Okay.  Well, if you two are still what's left as far
17   as sanity out there, go out there and say, okay, well, we
18   got to get the shit.  That's it.  Just -- just get it all.
19   Just fucking get it all.  Is it possible?
20        UNIDENTIFIED SPEAKER:  All right.  I'll call J when we
21   get off the phone.
22        MR. VELETANLIC:  Okay, cool.  I'm, uh -- should I --
23   okay, I'll tell you what.  I'm going to try and catch up
24   with you maybe one time before, say, eight -- eight or
25   nine.
```

```
 1        UNIDENTIFIED SPEAKER:  Tonight?
 2        MR. VELETANLIC:  Yeah.  Is it possible?  I can -- I
 3   can give you a little -- little buzz to see if there's
 4   anything happened.
 5        UNIDENTIFIED SPEAKER:  I mean, if you want.
 6        MR. VELETANLIC:  Okay.  I'm going to give you a little
 7   buzz.  It's -- it's a big deal.  And at least -- at least,
 8   if there's anything going on, I'll be able to sleep at
 9   night knowing that, you know -- or -- or I'm going to be
10   fucking spending ten years in prison with -- you know, 97
11   months in prison with -- and -- and with deportation.
12   That's -- that's what's happening if I -- if I don't -- if
13   I'm not fighting this case, that is the reality.  78 to 97
14   months with deportation.
15        So do you see why I'm doing this?
16        UNIDENTIFIED SPEAKER:  I -- I gotcha, dude.
17        MR. VELETANLIC:  Because if don't do this -- yeah.  If
18   I don't do this, then I'm not gonna need Jerry's help of
19   holding any -- any paperwork for me because there's not
20   going to be need for any paperwork.  And if this is what
21   he's gonna do, then, you guys go ahead and get it.  You
22   know, all that stuff.  You know, you don't necessarily --
23   you know, just -- just -- just get it.  Just somehow --
24   whatever he takes, Alex.  Whatever he takes, you guys get
25   it.  Don't worry about doing anything else as far as any
```

```
 1   kind of information off of it.  Just -- just get the
 2   papers.
 3           UNIDENTIFIED SPEAKER:  All right.  I'll call -- I'll
 4   call J when I get off the phone with you.
 5           MR. VELETANLIC:  I mean, if -- you don't necessarily
 6   need J.  Just -- if you want to do it with J, I think J's
 7   just going to make things more difficult.  But just -- just
 8   go -- just -- just make J do what -- just make him fucking
 9   do this.  Okay, (Inaudible) --
10           UNIDENTIFIED SPEAKER:  I think J's way more level
11   headed.  Like I'll get pissed.
12           MR. VELETANLIC:  What -- what's that?
13           UNIDENTIFIED SPEAKER:  I'm kind of like -- I said, J's
14   way more level headed.
15           MR. VELETANLIC:  It's -- it's one of those times
16   that's -- where this can't fail.  If this fails, my life is
17   gone.  There's not going to be me anymore.  There's not
18   going to be anything anymore.  This is how this is
19   important.  This is why I'm so calm now.  That's -- and
20   that is why J, if he doesn't understand this, he can no
21   longer be someone who I can trust with this much
22   responsibility.  This is very simple.
23           All right.  I'm going to leave you -- I'm going to
24   leave you to it.  I'm going to try and give you a buzz, you
25   know, uh -- uh -- you know, um, maybe after eight and see
```

1  if you got in touch with either one of 'em.  If you're --
2  fucking drive to his house.  Drive to his house and wait.
3       UNIDENTIFIED SPEAKER:  Yeah, I went -- I went to his
4  work in the middle of the day.  He wasn't there.
5       MR. VELETANLIC:  Yeah.  Just -- just -- just go to his
6  house or something.  Yeah, just go to his house.
7       UNIDENTIFIED SPEAKER:  All right, man.
8       MR. VELETANLIC:  You know wah it mean?  All right,
9  cool.  I'm going to call you back.
10      UNIDENTIFIED SPEAKER:  All right.
11      MR. VELETANLIC:  All right.  Peace.
12      UNIDENTIFIED SPEAKER:  All right.
13      (END OF RECORDING)

C E R T I F I C A T E

STATE OF WASHINGTON )
                        ) ss.
County of PIERCE    )

    I, the undersigned, do hereby certify:

    That the foregoing Audio Transcription of the above was transcribed under my direction; that the transcript is a full, true and complete transcript of the proceedings, including all questions, objections, motions and exceptions; except for those portions shown as Inaudible, if any;

    That I am not a relative, employee, attorney or counsel of any party to this action or relative or employee of any such attorney or counsel, and that I am not financially interested in the said action or the outcome thereof;  That I am herewith delivering the same to AUSAs Thomas Woods and Matthew Diggs for filing.

    IN WITNESS WHEREOF, this 20th Day of June, 2019.


                /s/ Adrienne Kuehl
                Adrienne Kuehl, Residing
                At Tacoma, Washington.