IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,                )
                                         )
                      Plaintiff,         )  No. CR18-162JLR
vs.                                      )
                                         )
HANY VELETANLIC                          )
                                         )
                      Defendant(s).      )

VERBATIM REPORT OF TELEPHONE CALL
(FROM TAPED PROCEEDINGS)

Audio file name:  Exhibit 15

Date and time of call:  Unknown

Participants:  Hany Veletanlic and Unidentified Speaker

Produced for Assistant United States Attorneys Thomas Woods and Matthew Diggs

(Transcribed by: Adrienne Kuehl)

```
1        (CALL INTIATION NOT TRANSCRIBED)
2        MR. VELETANLIC:  Hey, man.
3        UNIDENTIFIED SPEAKER:  Hey, what's up?
4        MR. VELETANLIC:  Hey.  I got an email from Jerry.  Um,
5   so I -- I haven't talked to him.  I don't know if you've
6   talked to him since last night.  But, uh, this guy's, uh,
7   absolutely fucking crazy.
8        UNIDENTIFIED SPEAKER:  Yes.  Yeah.
9        MR. VELETANLIC:  So --
10       UNIDENTIFIED SPEAKER:  That's what I was saying.
11       MR. VELETANLIC:  -- any -- were you able to talk to
12  him at all?  Because -- because at this point, I -- I have
13  -- my bigger problem now is to have him calm the fuck down
14  and do absolutely nothing.  Because I've got a feeling he's
15  going to start going around calling my investigators,
16  calling my lawyers.  So is there any way -- is he -- like
17  what (Inaudible) --
18       UNIDENTIFIED SPEAKER:  I got him -- I got him --
19       MR. VELETANLIC:  Yeah.
20       UNIDENTIFIED SPEAKER:  -- I put his mind to rest a
21  little bit.
22       MR. VELETANLIC:  So you -- you did what?
23       UNIDENTIFIED SPEAKER:  I -- I went and talked to him
24  for a second and talked him off the ledge.  And yeah.
25       MR. VELETANLIC:  Okay.  So you think he's not going to
```

```
 1  do anything?  Like he's not going to go and do something
 2  crazy?
 3         UNIDENTIFIED SPEAKER:  I think -- I think he's not
 4  gonna do nothing.  I think he's just -- just like --
 5         MR. VELETANLIC:  Just do nothing.  Just -- just --
 6         UNIDENTIFIED SPEAKER:  Just do nothing.  Yeah.
 7         MR. VELETANLIC:  -- do nothing.  Like nothing has ever
 8  happened --
 9         UNIDENTIFIED SPEAKER:  That's what --
10         MR. VELETANLIC:  -- like nothing.  Just absolutely
11  nothing.  Because I'm afraid --
12         UNIDENTIFIED SPEAKER:  That's what he asked for,
13  actually.
14         MR. VELETANLIC:  -- that he's (Inaudible) --
15         UNIDENTIFIED SPEAKER:  Because he was like -- he was
16  like -- he was like, I really just want to act like this
17  never happened, ever.  And I was like, that is perfect,
18  dude.
19         MR. VELETANLIC:  Okay.  If he can do that -- if he can
20  do that, my life in here will be a lot easier.  Because
21  this guy is crazy.  And the last thing I need is to now
22  have him turn into another art show, you know what I mean.
23         UNIDENTIFIED SPEAKER:  Dude, it's like -- it's like
24  Alex Jones crazy.  Like that's all the way like --
25         MR. VELETANLIC:  Yeah.  But do you see what I mean?
```

```
 1  If he now goes and tries to do some craziness, try to talk
 2  to my lawyers, try to complicate things and you know -- I'm
 3  in the middle of the most -- now we're going into
 4  sentencing, bro.  Do you know how fucking important this
 5  is?  It's how many years I'm going to spend in prison.  And
 6  this guy's --
 7          UNIDENTIFIED SPEAKER:  Oh, I know.
 8          MR. VELETANLIC:  -- (Inaudible) shit up.  So is there
 9  a way just to confirm that he will do nothing, nothing.
10  Like this never happened.
11          UNIDENTIFIED SPEAKER:  He -- he -- he will do nothing.
12          MR. VELETANLIC:  What's up?
13          UNIDENTIFIED SPEAKER:  He will do nothing.  He will
14  like -- yeah.
15          MR. VELETANLIC:  Okay.
16          UNIDENTIFIED SPEAKER:  That's what -- that's what he
17  asked.
18          MR. VELETANLIC:  Okay.
19          UNIDENTIFIED SPEAKER:  He's like --
20          MR. VELETANLIC:  All right.  Okay.
21          UNIDENTIFIED SPEAKER:  And I was like -- I was like,
22  dude, if that's -- if that's what it is, then cool.  Like
23  just --
24          MR. VELETANLIC:  Okay.
25          UNIDENTIFIED SPEAKER:  -- fucking go --
```

```
 1        MR. VELETANLIC:  -- that's -- that's someday --
 2        UNIDENTIFIED SPEAKER:  -- go along with your life, my
 3   dude.
 4        MR. VELETANLIC:  Yeah.
 5        UNIDENTIFIED SPEAKER:  Like --
 6        MR. VELETANLIC:  Yeah, someday when I'm deported and I
 7   try to -- and -- and I find a way to come back, you know,
 8   someday I'll have a talk with him about that, how -- how
 9   much of a bitch piece of shit he was.  Uh, but so let's
10   eliminate him for good.  And tomorrow is my deadline.  So
11   let me -- let me ask you this.  Are you at the shop right
12   now?
13        UNIDENTIFIED SPEAKER:  Uh, no.
14        MR. VELETANLIC:  Okay.  Well, um -- uh, so could you
15   on your way back, uh, get, uh, $500 bucks from -- from the
16   business card, ATM.
17        UNIDENTIFIED SPEAKER:  Okay.
18        MR. VELETANLIC:  Okay.  And, um, when you're at the
19   shop -- I'm sorry, when you're in the office, the couch is
20   up against the wall.  So --
21        UNIDENTIFIED SPEAKER:  Yeah.
22        MR. VELETANLIC:  -- and you read left to right.  So
23   when you face the couch from left, first or second, um,
24   pillow against the wall -- the back pillow.  Lift it up and
25   there should be some documents behind there.
```

```
 1        UNIDENTIFIED SPEAKER:  There was.
 2        MR. VELETANLIC:  What is it?  What's up?  Tell me.
 3        UNIDENTIFIED SPEAKER:  Well, Jerry cleaned it up.
 4        MR. VELETANLIC:  Okay, okay.  No problem.  No problem.
 5   Okay, that's fine.  That's fine.  Uh, so we'll probably
 6   have to do more cash then.
 7        UNIDENTIFIED SPEAKER:  Just the, uh -- just the ATM or
 8   --
 9        MR. VELETANLIC:  Yeah.  Yeah.  So maybe do -- let's do
10   -- let's do 500 if you can today.  And you're going to have
11   to wait probably for another, uh, five tomorrow.
12        UNIDENTIFIED SPEAKER:  Okay.
13        MR. VELETANLIC:  And then just put them in an envelope
14   -- in two envelopes.  And, uh -- and we're probably going
15   to mail that.
16        UNIDENTIFIED SPEAKER:  Okay.
17        MR. VELETANLIC:  Yeah.  I'm gonna -- I'm gonna -- I'm
18   gonna call you one more time today.  Uh, I got to -- got to
19   talk to the lawyer.  And, uh -- and I'm pretty sure we're
20   just gonna mail that.  And that'll be -- that'll be plenty.
21   It's actually gonna be for the investigator.  But, uh --
22   uh, but anyhow.  So -- so don't worry about any of that.
23   That -- it'll do.  You know what I mean?
24        UNIDENTIFIED SPEAKER:  Yeah, I'll just do -- I'll just
25   write myself a check.
```

```
 1       MR. VELETANLIC:  What do you mean?
 2       UNIDENTIFIED SPEAKER:  If you want.  I can just write
 3  myself a check.
 4       MR. VELETANLIC:  Why?  What are you talking about?
 5       UNIDENTIFIED SPEAKER:  They -- they cash the -- I can
 6  get cash like right now.  I can get 1,000 bucks right now.
 7  Write myself a check from the business.
 8       MR. VELETANLIC:  Oh, oh, oh.  And then, uh -- no, no.
 9  Don't worry about that.  Don't worry about that.  Uh, that
10  -- that's more for J.  Um, so I mean, you would have to go
11  cash it and all that stuff, right?
12       UNIDENTIFIED SPEAKER:  Yeah.
13       MR. VELETANLIC:  Yeah.  Uh, yeah.  Yeah.  That's --
14  that's okay.  Yeah.  Just, uh --
15       UNIDENTIFIED SPEAKER:  All right.
16       MR. VELETANLIC:  -- yeah, I guess -- I guess just do
17  that.  And it's not gonna fuck with, uh -- fuck with
18  anything.  Um, yeah.  Do that and -- and put 'em in two
19  envelopes, five and five.
20       UNIDENTIFIED SPEAKER:  All right, no problem.
21       MR. VELETANLIC:  Cool.  All right.  And yeah.  I'll --
22  I'll just double check.  Maybe I'll give you a call.  But I
23  mean, this is pretty simple, so I don't -- I don't think I
24  need to babysit you.  I mean, this is --
25       UNIDENTIFIED SPEAKER:  No, dude.  It's --
```

1  MR. VELETANLIC:  Yeah.

2  UNIDENTIFIED SPEAKER:  Yeah.

3  MR. VELETANLIC:  I've given you more complex shit than
4  this.

5  UNIDENTIFIED SPEAKER:  (Inaudible) a motherfucker.
6  But this is crazy (Inaudible).

7  MR. VELETANLIC:  Yeah.  I did not -- I truly had not -
8  -

9  UNIDENTIFIED SPEAKER:  Dude, I didn't think it'd be
10 like that either.  Like fuck.

11 MR. VELETANLIC:  No.  He is bananas, bro.  He is -- so
12 -- so I just --

13 UNIDENTIFIED SPEAKER:  Alex Jones, dude.

14 MR. VELETANLIC:  Yeah.

15 UNIDENTIFIED SPEAKER:  Like -- like Alex Jones.  Like
16 thinking people eat babies and shit.  Like crazy.

17 MR. VELETANLIC:  Yeah, I don't know what -- see, just
18 from the little that I know him, I know that he can't
19 handle pressure.  But this is -- this is beyond -- I mean,
20 this is crazy, bro.  This is looney tunes.  This is insane.
21 And to tell me, good luck; oh, I'm trying to contact --

22 UNIDENTIFIED SPEAKER:  Yeah.

23 MR. VELETANLIC:  -- your investigator and have Mr.
24 Brown call me.  And good luck, boy.  I was like, wow, dude.
25 And I'm sitting here fucking -- I mean, I -- someday --

```
 1   someday I hope from prison or from -- from -- from a
 2   different country, I'll try to explain how important this
 3   was.
 4        So let's just, uh -- yeah, we'll just -- we'll just
 5   deal with it this way.  And I'm gonna -- I'm gonna deal
 6   with my legal issues without him, you know what I mean.
 7   It's going to take a little more --
 8        UNIDENTIFIED SPEAKER:  Yeah.
 9        MR. VELETANLIC:  -- (Inaudible) you know.  So okay,
10   man.  I'll just -- I'll leave you alone to it.  You know,
11   just two envelopes.  I think I should have envelopes in --
12   in the cabinet over -- all the way -- you know, uh -- uh --
13        UNIDENTIFIED SPEAKER:  Oh, yeah.  I moved it -- I
14   moved it over by the desk.  J was looking --
15        MR. VELETANLIC:  Okay.
16        UNIDENTIFIED SPEAKER:  -- for envelopes.  And I was
17   like, okay --
18        MR. VELETANLIC:  Yeah.
19        UNIDENTIFIED SPEAKER:  -- so I brought 'em over to the
20   desk.  I got -- yeah.
21        MR. VELETANLIC:  Yeah.
22        UNIDENTIFIED SPEAKER:  Everything's good, man.
23        MR. VELETANLIC:  Okay.  Cool.  Just -- just five --
24   five and five, and that's it.  That's it.  And yeah, that's
25   it.
```

| | |
|---|---|
| 1 | UNIDENTIFIED SPEAKER:  All right, man. |
| 2 | MR. VELETANLIC:  We're good for tomorrow.  All right, |
| 3 | man.  Thank you then.  Yeah.  Hey -- |
| 4 | UNIDENTIFIED SPEAKER:  Yeah, no problem. |
| 5 | MR. VELETANLIC:  Just -- just -- if he's not crazy, |
| 6 | just -- just give him some fucking Kool-Aid or something, |
| 7 | man.  Fuck.  All right. |
| 8 | UNIDENTIFIED SPEAKER:  No, yeah.  He's -- I got him |
| 9 | calmed down now.  But he's like -- he's like, "Oh, I just |
| 10 | want to act" -- you know, I was like, all right, dude, |
| 11 | whatever. |
| 12 | MR. VELETANLIC:  All right. |
| 13 | UNIDENTIFIED SPEAKER:  You know, (Inaudible). |
| 14 | MR. VELETANLIC:  Okay, cool, man. |
| 15 | UNIDENTIFIED SPEAKER:  All right. |
| 16 | MR. VELETANLIC:  I'll confirm tomorrow.  I'll just |
| 17 | confirm everything's good tomorrow. |
| 18 | UNIDENTIFIED SPEAKER:  Oh, it'll be good.  You don't |
| 19 | need to worry. |
| 20 | MR. VELETANLIC:  All right, cool.  All right, man. |
| 21 | Hey, thank you. |
| 22 | UNIDENTIFIED SPEAKER:  All right. |
| 23 | MR. VELETANLIC:  Thanks.  Thanks. |
| 24 | UNIDENTIFIED SPEAKER:  No problem. |
| 25 | MR. VELETANLIC:  Bye. |

1     UNIDENTIFIED SPEAKER:  Yeah, no problem.  Bye.

2     (END OF RECORDING)

C E R T I F I C A T E

STATE OF WASHINGTON )
                         ) ss.
County of PIERCE    )

    I, the undersigned, do hereby certify:

    That the foregoing Audio Transcription of the above was transcribed under my direction; that the transcript is a full, true and complete transcript of the proceedings, including all questions, objections, motions and exceptions; except for those portions shown as Inaudible, if any;

    That I am not a relative, employee, attorney or counsel of any party to this action or relative or employee of any such attorney or counsel, and that I am not financially interested in the said action or the outcome thereof;  That I am herewith delivering the same to AUSAs Thomas Woods and Matthew Diggs for filing.

    IN WITNESS WHEREOF, this 20th Day of June, 2019.


                      /s/ Adrienne Kuehl
                      Adrienne Kuehl, Residing
                      At Tacoma, Washington.