```
          IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF WASHINGTON
                     AT SEATTLE
```

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                )<br>             Plaintiff,         )<br>                                )<br>vs.                             )<br>                                )<br>                                )<br>HANY VELETANLIC                 )<br>                                )<br>             Defendant(s).      )<br>                                ) | No. CR18-162JLR |

## VERBATIM REPORT OF TELEPHONE CALL
### (FROM TAPED PROCEEDINGS)

Audio file name:  Exhibit 16

Date and time of call:  Unknown

Participants:  Hany Veletanlic and Unidentified Speaker

Produced for Assistant United States Attorneys Thomas Woods and Matthew Diggs

(Transcribed by: Adrienne Kuehl)

```
 1        (CALL INITIATION NOT TRANSCRIBED)
 2        MR. VELETANLIC:  Hey, man.
 3        UNIDENTIFIED SPEAKER:  Hey, what's up?
 4        MR. VELETANLIC:  Hey, just wanted to, uh, touch base
 5   and see if everything's good.
 6        UNIDENTIFIED SPEAKER:  Yeah, everything's great.
 7        MR. VELETANLIC:  Okay.  You, um -- did you talk to
 8   him?
 9        UNIDENTIFIED SPEAKER:  Yeah.  Everything's good, dude.
10   It's great.
11        MR. VELETANLIC:  Okay.
12        UNIDENTIFIED SPEAKER:  Everything's like -- it's
13   really good.
14        MR. VELETANLIC:  Okay.  Just wanted to double check.
15   Hey, instead of five and five, do four and four.
16        UNIDENTIFIED SPEAKER:  Oh, okay.
17        MR. VELETANLIC:  Yeah.
18        UNIDENTIFIED SPEAKER:  Okay.
19        MR. VELETANLIC:  And we'll be good for tomorrow.  Um -
20   - um, yeah.  So I guess every -- everything else is good.
21   Um --
22        UNIDENTIFIED SPEAKER:  Yeah.
23        MR. VELETANLIC:  -- all right.
24        UNIDENTIFIED SPEAKER:  It's good, man.
25        MR. VELETANLIC:  Well, that's all I wanted to check.
```

```
 1   And, uh, yeah, man.  This was close.  This was weird.  And,
 2   uh, I guess we're --
 3        UNIDENTIFIED SPEAKER:  Dude, really fucking weird.
 4   Like --
 5        MR. VELETANLIC:  Yeah.
 6        UNIDENTIFIED SPEAKER:  -- Jesus Christ.  Like --
 7        MR. VELETANLIC:  Dude, he started calling the
 8   investigator wanting to fucking talk to my lawyers and
 9   shit.  And I mean, we're fucking getting ready --
10        UNIDENTIFIED SPEAKER: Yeah.  Like --
11        MR. VELETANLIC:  -- all the -- all the stuff for
12   sentencing now.  I mean, did he get in touch with anybody?
13        UNIDENTIFIED SPEAKER:  I have no idea.  I mean, I just
14   -- it was kind of just like damage control, you know what I
15   mean?  Like Jesus Christ.
16        MR. VELETANLIC:  Damage control like of a crazy
17   person.  I'm sure --
18        UNIDENTIFIED SPEAKER:  Dude, it was crazy.  Like
19   straight up like fucking Alex Jones flat earth like crazy.
20   Oh, shit, I'm bleeding all over the place.
21        MR. VELETANLIC:  Yeah.  I could only imagine.  I could
22   only imagine.  Um, yeah.
23        UNIDENTIFIED SPEAKER:  Yeah, (Inaudible) face to face,
24   dude.  And then like talking him off the ledge.  It's like
25   --
```

| | |
|---|---|
| 1 | MR. VELETANLIC:  Yeah. |
| 2 | UNIDENTIFIED SPEAKER:  Dude, like, oh, my god. |
| 3 | Different set of circumstances, like, uh. |
| 4 | MR. VELETANLIC:  And you know -- and you -- |
| 5 | UNIDENTIFIED SPEAKER:  No deal. |
| 6 | MR. VELETANLIC:  -- know the level of security that -- |
| 7 | that we even -- you know -- you know how -- do you see the |
| 8 | level of security that we've even made that possible?  You |
| 9 | know what I mean? |
| 10 | UNIDENTIFIED SPEAKER:  (Inaudible). |
| 11 | MR. VELETANLIC:  You know, what you got was done in a |
| 12 | way that was unbelievable fucking -- unbelievable.  And -- |
| 13 | and then for this guy to completely shit on everything. |
| 14 | UNIDENTIFIED SPEAKER:  Yeah, dude.  Fuck.  Like -- |
| 15 | MR. VELETANLIC:  Yeah.  I mean -- |
| 16 | UNIDENTIFIED SPEAKER:  Everything was -- was like -- |
| 17 | MR. VELETANLIC:  (Inaudible). |
| 18 | UNIDENTIFIED SPEAKER:  -- I don't know. |
| 19 | MR. VELETANLIC:  Dude, it was (Inaudible). |
| 20 | UNIDENTIFIED SPEAKER:  One day we're going to fucking |
| 21 | talk about it.  Like -- |
| 22 | MR. VELETANLIC:  Yeah, it was perfect.  Here it is. |
| 23 | You do your thing.  Done.  No -- no talking.  Nothing. |
| 24 | Done.  Done. |
| 25 | But yeah, the guy is unbelievable.  So we're not gonna |

```
 1  -- we're not gonna --
 2       UNIDENTIFIED SPEAKER:  I don't know what the fuck -- I
 3  almost had -- like I almost had a -- um, because I mean,
 4  his first -- his first expression on his face was kind of
 5  panic.
 6       MR. VELETANLIC:  So he -- he --
 7       UNIDENTIFIED SPEAKER:  And then it dawned on me later,
 8  yeah, he panicked.  So it dawned on me later, I was like, I
 9  wonder (Inaudible) he's even got those papers anymore.
10       MR. VELETANLIC:  Uh, I don't know.
11       UNIDENTIFIED SPEAKER:  You know what I mean?  Because
12  he's not that kind of guy.
13       MR. VELETANLIC:  No --
14       UNIDENTIFIED SPEAKER:  You know what I'm saying?  Like
15  so his first expression --
16       MR. VELETANLIC:  Yeah.
17       UNIDENTIFIED SPEAKER:  -- was straight panic.
18       MR. VELETANLIC:  I think he does.  I think he probably
19  has it.  Uh, but it's just that -- that -- that I don't
20  understand.  Like I don't understand what -- you know, the
21  level of security that I'm taking is unbelievable.  You
22  know, our preparations with all this -- you know, with all
23  this case and court stuff.  It's -- it's just beyond
24  belief.  And you know what I mean, like how we have to
25  treat the case with absolute confidentiality.  That's why
```

```
 1  we have a confidential --
 2          UNIDENTIFIED SPEAKER:  Yeah, dude.
 3          MR. VELETANLIC:  -- private investigator.  That we got
 4  all the -- all my communications and all my -- it's -- it's
 5  -- it's -- you know what I mean?  Like I'm dealing with an
 6  incredible case here.  You know what I mean?  And for --
 7  and I go to lengths to -- to -- you know, like I can't
 8  jeopardize the case and all the people working on it.  You
 9  know what I mean?  The fucking entire law firm and all that
10  stuff.
11          And then this guy could just shit on everything and
12  start -- you know what I mean, start blowing this up to
13  where now I have to fucking do damage control from here.
14  And he's now going around trying to talk to people.
15          UNIDENTIFIED SPEAKER:  Fuck.  Dude like --
16          MR. VELETANLIC:  Yeah.  And that's the thing.  He's
17  going to go and talk to people about what the fuck?  I
18  don't even know what he's going to go talk to people about.
19  You know what I mean?  What the --
20          UNIDENTIFIED SPEAKER:  Dude, I -- fuck.
21          MR. VELETANLIC:  -- I don't get it.  So yeah.  So
22  let's just do four and four.  And, uh, yeah.  Just -- just
23  -- just please, I mean, is he going to keep -- continue
24  just keeping feeding the kitties and all?
25          UNIDENTIFIED SPEAKER:  Um, you know, it really doesn't
```

```
 1  matter if he does.
 2       MR. VELETANLIC:  What's that?
 3       UNIDENTIFIED SPEAKER:  Because I mean, I feed the -- I
 4  feed the kitties and shit every day.
 5       MR. VELETANLIC:  Yeah.
 6       UNIDENTIFIED SPEAKER:  I feed them in the morning.
 7       MR. VELETANLIC:  But is he gonna -- is he gonna play
 8  with them and all that?
 9       UNIDENTIFIED SPEAKER:  So I mean -- I think he is.
10       MR. VELETANLIC:  (Inaudible).
11       UNIDENTIFIED SPEAKER:  I'm pretty sure he is.
12       MR. VELETANLIC:  All right.
13       UNIDENTIFIED SPEAKER:  He'll -- he'll -- he'll do
14  that.
15       MR. VELETANLIC:  Yeah.
16       UNIDENTIFIED SPEAKER:  He's -- I've got to give him
17  like -- I'm going to (Inaudible) the weekend and then like
18  try to talk to him again.
19       MR. VELETANLIC:  Yeah.  Please let me know when you
20  talk --
21       UNIDENTIFIED SPEAKER:  See what I mean?  But --
22       MR. VELETANLIC:  -- you know, like that -- that
23  somebody does keep playing with the kitties and all that
24  stuff.  So but please let me know over the phone because
25  it's -- it's a different thing when I'm sitting here
```

1  worrying.  It means a lot when -- when -- if you -- if you
2  iron that out and let me know over an email, you know what
3  I mean, that I know this.  It's a big deal.  It's a big,
4  big deal that I know.  You know.
5      UNIDENTIFIED SPEAKER:  Yeah.  He, um -- he actually
6  messaged me.  He was like, um -- last night, he was like,
7  "hey, did you feed the kitties today?"  He's like, "I'm
8  kind of flustered."  And I was like -- I was like, "Hey, I
9  fed the kitties.  Like okay, good.  I just" --
10     MR. VELETANLIC:  Okay.  Yeah, because (Inaudible)
11 email --
12     UNIDENTIFIED SPEAKER:  I was like, just breathe.
13 Breathe, homie.  Just breathe, man.  Just breathe, buddy.
14 Like everything's fine.
15     MR. VELETANLIC:  Yeah, (Inaudible) email, I told him -
16 - yeah, I told him, hey, I cannot be with your instability
17 from here.  Do not contact anybody.  You're fucking things
18 up.  So I just don't know if he's now going to be like, oh,
19 fuck -- fuck that guy.  Because I -- I straight up told him
20 what's up.  You know what I mean?  I didn't -- I wasn't
21 saying -- I wasn't calling him a piece of shit or nothing.
22     But I just told him, hey, you're unstable.  You're --
23 you're making this -- you're making this a problem for
24 everybody.  You're making a serious problem.  Don't contact
25 anybody.  You know what I mean?

1  UNIDENTIFIED SPEAKER: Yeah. I told him. I was like,
2  dude, just chill the fuck out. Breathe, man.
3  MR. VELETANLIC: Yeah. Wow. Wow.
4  UNIDENTIFIED SPEAKER: Breathe.
5  MR. VELETANLIC: I will never -- I mean, I just -- I
6  just didn't know. I didn't know it was this bad. I -- I -
7  - I didn't -- I mean, I knew he wasn't good under pressure,
8  but --
9  UNIDENTIFIED SPEAKER: (Inaudible) --
10  MR. VELETANLIC: -- I didn't know it was this bad.
11  This is -- this is -- this is fucking mental illness, bro.
12  The guy needs fucking medication.
13  UNIDENTIFIED SPEAKER: I mean, all he had to do was
14  open -- open the fucking filing cabinet and give me some
15  papers. That's it.
16  MR. VELETANLIC: Yeah, that's it. That's it. Not --
17  not --
18  UNIDENTIFIED SPEAKER: (Inaudible).
19  MR. VELETANLIC: -- (Inaudible) ask him to mail shit.
20  (Inaudible) you fucking mail it. Fuck.
21  UNIDENTIFIED SPEAKER: Yeah, I got -- I mean, I can
22  like fucking print labels and make fucking shits and mail
23  shits --
24  MR. VELETANLIC: Yeah.
25  UNIDENTIFIED SPEAKER: -- too no problem. Like --

1    MR. VELETANLIC: But Jesus Christ. Jesus Christ. So
2    needless to say, so I mean, I'm going to -- I'm going to
3    try and do damage control now. As you see, I'm trying to
4    do it. But, uh -- but it just -- don't -- please just make
5    sure this guy doesn't go anywhere near the investigator, my
6    lawyer or anybody. Because -- because I don't know what
7    the shit he is gonna -- that's the thing. I don't know. I
8    don't know what he's gonna say.
9         And then I'm supposed to talk to these people now.
10   When we're -- we got our hands full getting ready for the -
11   - for the sentencing. We're -- we got to go -- I mean, now
12   Greg is working on some serious shit that we're working on.
13   You know what I mean? He's got to go interview people.
14   He's got to do -- we're filing shit. And fucking the last
15   thing he needs to be like what the fuck is this?
16        You know, and on top of that, I'm trying --
17        UNIDENTIFIED SPEAKER: (Inaudible).
18        MR. VELETANLIC: -- yeah. I'm trying to get fucking
19   Greg (Inaudible) to go interview and do something with our
20   -- in our case. You know, I was going to be like, well,
21   now this guy, what the fuck. Like do I have some fucking
22   documents that are making people crazy? Is that what it
23   is? I got fucking Lord of the Rings and -- Rings and shit?
24   I don't know. It's making people into little Smeagols? So
25   okay.

1    All right, man.  Yeah.  Just wanted to relay that.  I
2  just got the update.  And, uh, yeah.  Just -- just let me
3  know that he's going to keep feeding the kitties and the
4  guy is calmed the fuck down.  Wow.
5    UNIDENTIFIED SPEAKER:  Yeah, dude.  I'm just gonna --
6  I mean, I talked to him.  He seemed really -- he's -- like
7  when I went and saw him in person or whatever, he, um -- I
8  mean, he could see that I wasn't like, you know -- he could
9  see my face.  And I was like -- I was like, you're -- you -
10  - you -- like what the fuck, man.
11    MR. VELETANLIC:  Yeah.
12    UNIDENTIFIED SPEAKER:  Just chill the fuck out.  Chill
13  the fuck out.
14    MR. VELETANLIC:  What the fuck.  Yeah.  I sent an
15  email to J because there was a -- some -- some stuff I was
16  waiting from the firm.  And -- and I was like, hey, you
17  know, are you -- like is there a show out there?  He says,
18  "Yeah, man.  The guy's fucking crazy."  He says --
19    UNIDENTIFIED SPEAKER:  It was bad, dude.
20    MR. VELETANLIC:  -- yeah, he (Inaudible).
21    UNIDENTIFIED SPEAKER:  It was really bad.
22    MR. VELETANLIC:  Yeah, he says he tried to contact
23  Greg.  I don't know if he did.  I was like, what the --
24  what the fuck?  You know what I mean.
25    UNIDENTIFIED SPEAKER:  That's what I was telling you,

```
 1  dude.  Like straight up like Alex Jones flat earth.  Dude,
 2  like off the fucking deep end.
 3       MR. VELETANLIC:  Yeah.  So and sent me an email today,
 4  you know, you -- like straight up, like, "You can have Mr.
 5  Brown call me.  I'm trying to contact your investigator."
 6  And he says, "That's how it is."  And basically, good luck.
 7  And I was like, wow.  Really?  Good luck to me.
 8       UNIDENTIFIED SPEAKER:  I told him.  I was like -- I
 9  was like, dude.  I was like -- I was like -- I was like,
10  you just -- you just fucking whatever, man.  I was like --
11       MR. VELETANLIC:  (Inaudible) I mean, (Inaudible)
12  email.
13       UNIDENTIFIED SPEAKER:  -- you don't have to hear from
14  nobody ever again.
15       MR. VELETANLIC:  Yeah, I wrote him an email.  And it's
16  -- it's one of those things.  You know, if I ever get to
17  talk to him in person, if I ever do, it's going to be one
18  of those, thanks for everything you've done.  But, uh, you
19  really need help, my friend.  And, uh, I will never enlist
20  him for anything more than to feed cats.  You know --
21       UNIDENTIFIED SPEAKER:  Well, that's what I told him.
22  I was like, dude.  I was like --
23       MR. VELETANLIC:  And he has made it much more
24  difficult --
25       UNIDENTIFIED SPEAKER:  -- there you go.  I was like,
```

```
 1  you don't have to do a fucking thing.  I was like, just --
 2  just don't do a motherfucking thing, dude.  Just chill the
 3  fuck out.  Do nothing.
 4       MR. VELETANLIC:  Yeah.
 5       UNIDENTIFIED SPEAKER:  Just do fucking nothing.
 6       MR. VELETANLIC:  I sent him the same thing.
 7       UNIDENTIFIED SPEAKER:  And go the fuck to sleep.
 8       MR. VELETANLIC:  Yeah.  I (Inaudible) --
 9       UNIDENTIFIED SPEAKER:  Just do nothing.  Don't --
10  don't talk to nobody.  Don't fucking -- you don't have to
11  do shit.  You don't have to think about nothing ever again.
12       MR. VELETANLIC:  Yeah.
13       UNIDENTIFIED SPEAKER:  Just go to (Inaudible) --
14       MR. VELETANLIC:  Won't ever ask you for anything
15  again.
16       UNIDENTIFIED SPEAKER:  Go to fucking sleep because you
17  obviously haven't slept in a couple days.
18       MR. VELETANLIC:  Yeah.  He has -- he has made this --
19  he has made it difficult.
20       UNIDENTIFIED SPEAKER:  Yeah, I thought I was bad.
21       MR. VELETANLIC:  Yeah.
22       UNIDENTIFIED SPEAKER:  Like I thought it was bad,
23  dude.  Like I get shit worked up in my head.  Oh, fuck,
24  dude.  That was like zero to like fucking like Mach 1 like
25  right now.
```

```
 1       MR. VELETANLIC:  (Inaudible) must be -- must be worse
 2  than -- it must be work than the fucking crazy art kid.  Or
 3  just about as bad as fucking crazy art kid.  Um --
 4       UNIDENTIFIED SPEAKER:  (Inaudible) the way (Inaudible)
 5  dude like because Jerry's always been kind of calm, you
 6  know what I mean?  Like I've never seen him like -- he just
 7  like all of a sudden he just like wigged out.
 8       MR. VELETANLIC:  (Inaudible).
 9       UNIDENTIFIED SPEAKER:  Like he went like white as a
10  ghost and wigged out.
11       MR. VELETANLIC:  Well, watch this.  Last time I got
12  picked up, uh, girl just asked, "Hey, uh, Richard over
13  there, he's a -- he hasn't talked to Hany in a couple days.
14  He's wondering, you know, where's he at."
15       And he broke down right there.  She was just like,
16  "Oh, hey.  You know, have you heard from Hany?  Richard
17  hasn't talked to him in a couple days."  He fucking broke
18  down.  "Okay, okay.  He's -- he -- he's in jail.  But --
19  but" -- I was like, wow.
20       UNIDENTIFIED SPEAKER:  What?
21       MR. VELETANLIC:  And that's --
22       UNIDENTIFIED SPEAKER:  Really?
23       MR. VELETANLIC:  -- that's how -- I was gonna keep it
24  quiet.  I was -- (Inaudible) --
25       UNIDENTIFIED SPEAKER:  Dude, even like -- even like --
```

```
 1   even with customers, he even was like with customers from
 2   the business, I'm like, hey, you know, the primary guy is
 3   out of town right now.  He's on vacation.
 4         MR. VELETANLIC:  Yeah.
 5         UNIDENTIFIED SPEAKER:  I'm trying to -- like stepping
 6   in, trying to -- trying to --
 7         MR. VELETANLIC:  Yeah.
 8         UNIDENTIFIED SPEAKER:  You know.  (Inaudible).
 9         MR. VELETANLIC:  He fucking broke down.  Dude, he
10   broke down and told -- and that's it.  She just came up to
11   him.  Imagine if -- imagine this guy being questioned.  He
12   would -- he would probably like confess to Kennedy.
13   Fucking probably Lincoln, too.  Might as well.  I mean --
14         UNIDENTIFIED SPEAKER:  Fuck.
15         MR. VELETANLIC:  -- it seems like this is mental
16   instability.  And -- and just having him have anymore
17   responsibility than simply feed the cats, this guy doesn't
18   have it in him.  He does not have it in him.  So that's --
19   that's what I was like --
20         UNIDENTIFIED SPEAKER:  Hey, buddy, I hate -- I hate to
21   be a dick, but I -- I'm bleeding all over the place and I
22   got (Inaudible) taken apart.
23         MR. VELETANLIC:  Yeah, I was gonna say.  I'm like,
24   hey, so that's why I'm just gonna step in and try to fix
25   this.  It's -- it's a problem.  What he has done here is a
```

1  problem.  Um, and -- and hopefully he -- he didn't damage
2  the case here for me.  If he doesn't talk to anybody --
3          UNIDENTIFIED SPEAKER:  I don't -- I don't think so.
4          MR. VELETANLIC:  I don't think so either.  But, uh,
5  hopefully, someday I can -- I can -- you know -- you know,
6  we can laugh about it and I can give you the full scoop.
7  But, uh -- but we just -- we just got to fight the case now
8  the way it is.  And, uh -- and it's kind of like important
9  shit is going on.
10         So we can -- as soon as we're past sentencing, you
11 know, whatever -- whatever many years they give me, then I
12 can go -- I can start the appeal.  Once I start the appeal,
13 that's when something is going to start happening.  See
14 what I mean?
15         UNIDENTIFIED SPEAKER:  Right.
16         MR. VELETANLIC:  But, uh -- but don't be surprised.
17         UNIDENTIFIED SPEAKER:  (Inaudible) I'm not trying to
18 be a dick, man, but I'm like literally dripping on the
19 floor.
20         MR. VELETANLIC:  You're what?
21         UNIDENTIFIED SPEAKER:  I'm bleeding all over the
22 place.
23         MR. VELETANLIC:  You're -- you're what?  You're
24 bleeding all over the place?
25         UNIDENTIFIED SPEAKER:  Yeah.

```
 1        MR. VELETANLIC:  Oh, okay.  I'll tell you what then.
 2        UNIDENTIFIED SPEAKER:  I'm trying to get off the
 3   phone.  I'm like -- I'm really --
 4        MR. VELETANLIC:  All right.
 5        UNIDENTIFIED SPEAKER:  -- like I don't know --
 6        MR. VELETANLIC:  All right.  All right.  All right.
 7   Do your thing.  All right.  Peace.
 8        UNIDENTIFIED SPEAKER:  All right.  Peace.
 9        (END OF RECORDING)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

C E R T I F I C A T E

STATE OF WASHINGTON )
                    ) ss.
County of PIERCE    )

    I, the undersigned, do hereby certify:

    That the foregoing Audio Transcription of the above was transcribed under my direction; that the transcript is a full, true and complete transcript of the proceedings, including all questions, objections, motions and exceptions; except for those portions shown as Inaudible, if any;

    That I am not a relative, employee, attorney or counsel of any party to this action or relative or employee of any such attorney or counsel, and that I am not financially interested in the said action or the outcome thereof;  That I am herewith delivering the same to AUSAs Thomas Woods and Matthew Diggs for filing.

    IN WITNESS WHEREOF, this 21st Day of June, 2019.


                /s/ Adrienne Kuehl
                Adrienne Kuehl, Residing
                At Tacoma, Washington.