```
            IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF WASHINGTON
                        AT SEATTLE
```

UNITED STATES OF AMERICA,    )
                             )
                 Plaintiff,  )  No. CR18-162JLR
vs.                          )
                             )
                             )
HANY VELETANLIC              )
                             )
                 Defendant(s).)
                             )

## VERBATIM REPORT OF TELEPHONE CALL
### (FROM TAPED PROCEEDINGS)

Audio file name:  Exhibit 17

Date and time of call:  Unknown

Participants:  Hany Veletanlic and Unidentified Speaker

Produced for Assistant United States Attorneys Thomas Woods and Matthew Diggs

(Transcribed by: Adrienne Kuehl)

```
 1        (CALL INITATION NOT TRANSCRIBED)
 2        MR. VELETANLIC:  J (phonetic).
 3        UNIDENTIFIED SPEAKER:  Hello.
 4        MR. VELETANLIC:  Hey.
 5        UNIDENTIFIED SPEAKER:  Hey.
 6        MR. VELETANLIC:  Hey, do you have -- do you have my
 7   phone or my wallet nearby?
 8        UNIDENTIFIED SPEAKER:  Um, yeah.  Shoot, sorry.  I, uh
 9   -- yep, had dinner and then forgot I was going to turn that
10   on.  Give me just a minute.
11        MR. VELETANLIC:  I got to get a number off of it.  I
12   don't know if you got my email.
13        UNIDENTIFIED SPEAKER:  Yeah.  I did.  Yeah.  Give me a
14   minute.  I'll turn it on.
15        MR. VELETANLIC:  It's in the wallet as well.  There's
16   a card.
17        UNIDENTIFIED SPEAKER:  Oh, okay.
18        MR. VELETANLIC:  Is there like a (Inaudible) --
19        UNIDENTIFIED SPEAKER:  (Inaudible) you said --
20        MR. VELETANLIC:  There's a business card for like an
21   Aerosol (phonetic) or something like that.  Do you see it?
22        UNIDENTIFIED SPEAKER:  Yeah.  Aerosol.
23        MR. VELETANLIC:  Yeah, what's the -- what's the
24   number?
25        UNIDENTIFIED SPEAKER:  Yep.
```

1  MR. VELETANLIC: (206) --

2  UNIDENTIFIED SPEAKER: (206) 468 --

3  MR. VELETANLIC: 468 --

4  UNIDENTIFIED SPEAKER: 5 -- 5835.

5  MR. VELETANLIC: 5835. And it's for Brenton

6  (phonetic)? The first name is Brenton?

7  UNIDENTIFIED SPEAKER: Brenton.

8  MR. VELETANLIC: Okay, good.

9  UNIDENTIFIED SPEAKER: Yeah.

10  MR. VELETANLIC: (206) 468-5835. Okay.

11  UNIDENTIFIED SPEAKER: That's correct, yeah.

12  MR. VELETANLIC: Okay. When you fire up my phone,

13  just double check that's the same number. And if it's not,

14  email me, please, like right away.

15  Hey, is -- is this Jerry situation -- Alex said that

16  he handled it. But is -- is this handled?

17  UNIDENTIFIED SPEAKER: You know, I don't really know

18  anything about what went on. But --

19  MR. VELETANLIC: Me neither. (Inaudible) --

20  UNIDENTIFIED SPEAKER: -- from what I can tell, uh,

21  it's -- Jerry's just like -- just kind of went off the

22  handle. And I just -- I -- I literally talked to him on

23  the phone for an hour and ten minutes last night.

24  MR. VELETANLIC: About what? What?

25  UNIDENTIFIED SPEAKER: He just --

1  MR. VELETANLIC: I don't -- I don't understand --
2  UNIDENTIFIED SPEAKER: -- kind of started --
3  MR. VELETANLIC: -- what it is there's to talk about.
4  UNIDENTIFIED SPEAKER: He just --
5  MR. VELETANLIC: Is this too much for him?
6  UNIDENTIFIED SPEAKER: Yeah, kinda. I mean, he just
7  started talking about how you're selfish, and all of this
8  stuff. And I was like, Jerry, you know --
9  MR. VELETANLIC: What?
10 UNIDENTIFIED SPEAKER: -- none of us, we're all --
11 it's like -- I -- I don't know. I just didn't understand
12 where he was coming from. But he was like, "Tell Hany
13 don't" --
14 MR. VELETANLIC: Does he -- does he not want to feed
15 the kitties, or --
16 UNIDENTIFIED SPEAKER: Uh, he didn't say anything
17 about -- no, he's still taking care of the kitties. He
18 just --
19 MR. VELETANLIC: I don't understand what -- what got
20 him -- what is it? What's (Inaudible)?
21 UNIDENTIFIED SPEAKER: I don't know, man. I don't
22 know, man. He just said, "Tell Hany do not send me any
23 more emails. I don't want to, you know, contact -- I don't
24 want him to contact me anymore." And I said, well, okay.
25 I'll tell Hany that. But whatever.

1    MR. VELETANLIC:  Yeah, this is pretty insane.  This --
2  this is actual --
3    UNIDENTIFIED SPEAKER:  Yeah.
4    MR. VELETANLIC:  -- insanity.  This is like, um -- uh,
5  Alex told me that he like went bananas crazy.  Um, and --
6    UNIDENTIFIED SPEAKER:  Yeah.
7    MR. VELETANLIC:  -- I --
8    UNIDENTIFIED SPEAKER:  He's like, "I'm gonna call --
9  I'm gonna call -- can you tell me how to get a hold -- get
10  a hold of Brown?"  And I said, "No, Jerry."  I said --
11    MR. VELETANLIC:  (Inaudible).
12    UNIDENTIFIED SPEAKER:  -- "But first of all" -- I
13  don't know.  I don't know.
14    MR. VELETANLIC:  So --
15    UNIDENTIFIED SPEAKER:  But I said, first of all,
16  they're not going to talk to you.  They're just going to
17  think you're some babbling crazy person.  I said, you're
18  not gonna -- like I don't know what you're trying to do.
19  But that would be like trying to call somebody's doctor and
20  get information.  They'd be like, uh, no, we're not going
21  to talk to you.
22    MR. VELETANLIC:  Yeah.
23    UNIDENTIFIED SPEAKER:  You know what I mean?
24    MR. VELETANLIC:  Yeah.  Especially now that we're
25  getting --

1    UNIDENTIFIED SPEAKER:  So I don't -- I don't know.
2    MR. VELETANLIC:  Dude, the guy needs fucking help.  J
3 --
4    UNIDENTIFIED SPEAKER:  So basically, just, uh, let him
5 --
6    MR. VELETANLIC:  (Inaudible).
7    UNIDENTIFIED SPEAKER:  -- cool off and just let him
8 be.  I don't know.
9    MR. VELETANLIC:  There was no reason or there was
10 nothing about anything that would cause a man to react the
11 way he reacted.  This is insane.
12    UNIDENTIFIED SPEAKER:  Yeah.
13    MR. VELETANLIC:  Unbelievable.  I had -- I know how he
14 -- how he flipped out when Courtney (phonetic) asked him,
15 "Hey, have you seen Hany?  Richard was asking about him."
16    UNIDENTIFIED SPEAKER:  Uh huh.  Uh huh.
17    MR. VELETANLIC:  And he's like, "Oh, my god.  He got
18 arrested.  Okay.  Don't tell anybody.  He got arrested."
19 And she goes and tells everybody.  Remember how we were
20 gonna keep that quiet and --
21    UNIDENTIFIED SPEAKER:  Yeah.  Yeah.
22    MR. VELETANLIC:  So --
23    UNIDENTIFIED SPEAKER:  Yeah.
24    MR. VELETANLIC:  -- this is insane.
25    UNIDENTIFIED SPEAKER:  He's an intelligent person, but

```
 1  it's -- it's like there's something -- somehow -- it's
 2  almost -- okay, it's like this.  It's like someone who has
 3  had a PTSD anxiety attack.  Where there's no reason or --
 4  you don't understand why --
 5       MR. VELETANLIC:  That's what Alex said.
 6       UNIDENTIFIED SPEAKER:  -- someone freaked out to that
 7  extent.  Well, something touched a nerve.  Who knows what.
 8  And he just --
 9       MR. VELETANLIC:  That's --
10       UNIDENTIFIED SPEAKER:  -- kind of had an episode.
11       MR. VELETANLIC:  -- what's Alex told me, yeah.
12       UNIDENTIFIED SPEAKER:  Yeah.  Yeah.
13       MR. VELETANLIC:  That's what Alex told me.  He -- he -
14  - he like -- so actually, despite Alex not -- you know, I
15  didn't really trust that Alex was going to be able to
16  handle this.  I guess he's been trying to calm the guy
17  down.  But this is --
18       UNIDENTIFIED SPEAKER:  Yeah, between him and I, I
19  think -- I think we're good.  He still was ranting to me
20  via text.  And you know, (Inaudible) tell him not to email
21  me anymore.  And I said, yeah, well, all right.  You know,
22  it's fine.
23       MR. VELETANLIC:  Okay.  No, believe me.  Believe me, I
24  won't.  But, uh, this is -- this is something that has put
25  me in a situation.  In a very, very, very serious
```

1   situation.  And --

2       UNIDENTIFIED SPEAKER:  Oh, yeah.

3       MR. VELETANLIC:  Very, very serious situation.  And I

4   am -- we're getting ready for sentencing.  And I am trying

5   --

6       UNIDENTIFIED SPEAKER:  Yeah, in like two weeks.

7       MR. VELETANLIC:  Yeah.  And I'm trying to explore

8   everything humanly possible so I can -- I can -- I can have

9   -- you know, so I can have the sentencing be done, and then

10  I can actually have a -- go into appeals, and have a

11  retrial and all that stuff.  You know what I mean?

12      UNIDENTIFIED SPEAKER:  Uh huh.

13      MR. VELETANLIC:  And I'm fighting so I can, you know -

14  - and the chances are they're gonna -- I mean, they're

15  gonna -- they're gonna -- they're gonna fight hard to keep

16  me in prison, you know what I mean?

17      UNIDENTIFIED SPEAKER:  Well, sure.

18      MR. VELETANLIC:  So I never (Inaudible) you know.

19      UNIDENTIFIED SPEAKER:  It's an uphill battle because -

20  --

21      MR. VELETANLIC:  But I never --

22      UNIDENTIFIED SPEAKER:  -- (Inaudible) --

23      MR. VELETANLIC:  -- I did not think that I was -- that

24  I was in here and that I had such a loose end out there.  I

25  did not think that until just yesterday.  Finding out the

1  lunacy.  And here's the position I'm in.  I can't say, hey,
2  J and Alex, go get my -- you know, all my -- all my stuff
3  from Jerry.  You know what I mean?  It's just that I can't
4  burden you guys with that.  So I'm just gonna leave it.
5  I'm just gonna leave it at that.  And then when I'm able to
6  deal with it, I'll deal with it.
7       But dealing with from prison, it's hard.  Dealing with
8  -- you know, doing anything from prison, it's -- it's near
9  impossible.
10       UNIDENTIFIED SPEAKER:  Well, sure.
11       MR. VELETANLIC:  (Inaudible) how it is.
12       UNIDENTIFIED SPEAKER:  Yeah.
13       MR. VELETANLIC:  And then for him to pull that on me -
14  - to pull this insanity in a way that Alex --
15       UNIDENTIFIED SPEAKER:  Well, that's -- that's why --
16  that's why I was like, I don't even know what's going on,
17  Jerry.  But you know, this is -- like you got to know that
18  -- you know, it was just completely unreasonable, so.
19       MR. VELETANLIC:  This is -- this is beyond
20  unreasonable.  This is like some sort of lunacy that he has
21  made up in his mind that no one can understand.  It was --
22  it's -- I didn't want to -- I didn't even want you bother
23  you with it.
24       UNIDENTIFIED SPEAKER:  Yeah.
25       MR. VELETANLIC:  I mean, it's not something that --

1  that -- I mean, it's -- you know, why should I -- you've
2  got stuff to deal with.  So why should I -- you know, I
3  don't need to -- didn't --
4       UNIDENTIFIED SPEAKER:  Yeah.
5       MR. VELETANLIC:  -- you didn't need to worry about it.
6  So I figure, okay, well, it doesn't matter.  And for him --
7       UNIDENTIFIED SPEAKER:  Uh huh.
8       MR. VELETANLIC:  So -- so did you know -- do you know
9  if he did contact anybody?
10      UNIDENTIFIED SPEAKER:  Oh, like I said, I know he, um,
11 called Greg or --
12      MR. VELETANLIC:  How?
13      UNIDENTIFIED SPEAKER:  -- sent Greg a text.
14      MR. VELETANLIC:  How?
15      UNIDENTIFIED SPEAKER:  And he just sent him a text.
16      MR. VELETANLIC:  How did -- how did he get Greg's
17 number?
18      UNIDENTIFIED SPEAKER:  And he called me.  He says --
19 well, he -- I gave him Greg's number before I knew anything
20 about what the heck was going on.
21      MR. VELETANLIC:  Okay.  Okay.  No problem.
22      UNIDENTIFIED SPEAKER:  So you know, that's -- that's
23 on me.  But I didn't -- I didn't --
24      MR. VELETANLIC:  (Inaudible) --
25      UNIDENTIFIED SPEAKER:  Oh, yes.  What?  I already did.

| | |
|---|---|
| 1 | MR. VELETANLIC:  Hey, don't worry about any of this. |
| 2 | UNIDENTIFIED SPEAKER:  Yeah. |
| 3 | MR. VELETANLIC:  Because (Inaudible) -- |
| 4 | UNIDENTIFIED SPEAKER:  I said -- yeah. |
| 5 | MR. VELETANLIC:  -- worse.  He is -- what -- what Art |
| 6 | has done was filthy low.  Was filthy. |
| 7 | UNIDENTIFIED SPEAKER:  Uh huh. |
| 8 | MR. VELETANLIC:  What Jerry has done is insane. |
| 9 | UNIDENTIFIED SPEAKER:  Well, it's not -- like I said, |
| 10 | something switched.  And that's why I didn't know.  And it |
| 11 | was -- |
| 12 | MR. VELETANLIC:  Yeah. |
| 13 | UNIDENTIFIED SPEAKER:  -- kind of like, "Hey, do you |
| 14 | have -- do you know how to get in contact with that |
| 15 | investigator?"  "Yeah, sure.  Here.  This is -- this is |
| 16 | him."  Because Alex -- |
| 17 | MR. VELETANLIC:  Can you -- can you tell Greg -- can |
| 18 | you tell Jerry -- |
| 19 | UNIDENTIFIED SPEAKER:  -- said basically -- uh huh. |
| 20 | MR. VELETANLIC:  -- do not -- do not -- I mean, I just |
| 21 | in my previous email said, "Do not contact anybody.  You're |
| 22 | unstable.  Do not contact anybody.  We're getting ready for |
| 23 | sentencing.  Do not contact anybody." |
| 24 | UNIDENTIFIED SPEAKER:  Uh huh. |
| 25 | MR. VELETANLIC:  Can you -- can you please send him |

1  (Inaudible) --

2      UNIDENTIFIED SPEAKER:  Oh, he knows.  I told him that.
3  Yeah.

4      MR. VELETANLIC:  Okay.

5      UNIDENTIFIED SPEAKER:  We -- we did talk via text.

6      MR. VELETANLIC:  When did you talk to him last time?

7      UNIDENTIFIED SPEAKER:  Oh, less than an hour ago.

8      MR. VELETANLIC:  Oh.  What did he say?

9      UNIDENTIFIED SPEAKER:  Basically, "Tell Hany he's
10 selfish.  I don't want to talk to him anymore."  And --

11     MR. VELETANLIC:  Okay.

12     UNIDENTIFIED SPEAKER:  -- just, you know, (Inaudible).
13 I was like, okay, yeah.

14     MR. VELETANLIC:  At this point, I kind of have to say
15 okay, no problem.  But dude, you're crazy.  Like --

16     UNIDENTIFIED SPEAKER:  Uh huh.

17     MR. VELETANLIC:  -- like okay.  Like trust me, I won't
18 talk to you.  But holy fuck.  Can I -- can I rely that he's
19 -- I mean, did it sound like he's not going to do anything?

20     UNIDENTIFIED SPEAKER:  I don't think so.  However,
21 from what I saw, I -- I can't say.  You know what I mean?

22     MR. VELETANLIC:  Okay.  Alex --

23     UNIDENTIFIED SPEAKER:  But we both tried to calm him
24 down so much.

25     MR. VELETANLIC:  (Inaudible) --

```
 1        UNIDENTIFIED SPEAKER:  I called Greg.  I texted Greg.
 2   And I sent Greg an email.  I said, uh --
 3        MR. VELETANLIC:  Just don't worry about this
 4        UNIDENTIFIED SPEAKER:  -- you know, "Don't worry
 5   about" -- you know, I said, "I heard something.  And I
 6   don't really know what's going on.  But I really wouldn't
 7   worry about it.  So don't" --
 8        MR. VELETANLIC:  Okay.
 9        UNIDENTIFIED SPEAKER:  -- you know, it's just.
10        MR. VELETANLIC:  Dude, that is --
11        UNIDENTIFIED SPEAKER:  Yeah.
12        MR. VELETANLIC:  -- that is such a -- that is such a
13   (Inaudible).
14        UNIDENTIFIED SPEAKER:  Well, here.  Let me go back.
15   What I was saying was after he got the number -- because I
16   had texted Jerry and I said --
17        MR. VELETANLIC:  Yeah.
18        UNIDENTIFIED SPEAKER:  -- "I haven't talked to Alex in
19   a couple -- or I haven't seen Alex in a couple days.  Is he
20   all right?"  You know.  He sounded worried about something.
21   Because Alex, uh, called me on Monday and he said, "I need
22   to talk to you."  And so -- and I said, "Is everything
23   okay?"  And Jerry goes, "Oh, yeah.  Everything's just fine.
24   Oh, by the way, do you have Greg's phone number?"  Uh,
25   yeah.
```

```
 1        MR. VELETANLIC:  (Inaudible) on you.
 2        UNIDENTIFIED SPEAKER:  And then like the next day,
 3   yesterday, total flip the switch crazy.  So --
 4        MR. VELETANLIC:  Yeah.  Wow.
 5        UNIDENTIFIED SPEAKER:  -- like called ten times.  Sent
 6   several --
 7        MR. VELETANLIC:  You mean (Inaudible) --
 8        UNIDENTIFIED SPEAKER:  -- sent several texts.  And --
 9        MR. VELETANLIC:  You called -- he called you or you
10   called him?
11        UNIDENTIFIED SPEAKER:  Oh, no.  He -- he started
12   calling me.
13        MR. VELETANLIC:  Ten times?
14        UNIDENTIFIED SPEAKER:  And Alex.  Oh, at least.  Yeah.
15        MR. VELETANLIC:  Did you try and tell him like, dude,
16   you need -- you need mental help.  Like dude, that --
17        UNIDENTIFIED SPEAKER:  Well, like but --
18        MR. VELETANLIC:  -- (Inaudible).
19        UNIDENTIFIED SPEAKER:  -- well, like I said, we had an
20   hour and ten minute phone conversation last night.
21   (Inaudible) trying to calm him down.  And --
22        MR. VELETANLIC:  Like by the time you were able
23   (Inaudible) conversation --
24        UNIDENTIFIED SPEAKER:  -- like you're -- you're
25   thinking --
```

```
 1        MR. VELETANLIC:  Yeah.
 2        UNIDENTIFIED SPEAKER:  -- I was like, you're thinking
 3   about -- I said, we don't -- I said, first of all, I don't
 4   understand what's going on.  But you're coming up to
 5   conspiracy conclusions.
 6        MR. VELETANLIC:  (Inaudible).
 7        UNIDENTIFIED SPEAKER:  Ten different things about --
 8   it's like whoa, whoa, whoa, wait a minute, you know.  The
 9   aliens haven't come down and implanted something.  This is
10   ridiculous.
11        MR. VELETANLIC:  That's what Alex said, that he's got
12   some --
13        UNIDENTIFIED SPEAKER:  So --
14        MR. VELETANLIC:  -- insane Alex Jones conspiracies
15   that's like --
16        UNIDENTIFIED SPEAKER:  Yeah.
17        MR. VELETANLIC:  -- insane.
18        UNIDENTIFIED SPEAKER:  Uh huh.
19        MR. VELETANLIC:  I don't -- I can't even begin to
20   understand, you know.  And told me like -- sent me an email
21   like, "Trying to contact Greg.  Have Brown people call me.
22   Otherwise, good luck."
23        UNIDENTIFIED SPEAKER:  Yeah.
24        MR. VELETANLIC:  I was like, what the fuck.  So here's
25   --
```

```
 1        UNIDENTIFIED SPEAKER:  So and that's why he's like,
 2   can -- how do I get in contact with John?  I said, I don't
 3   know.  I said, but I said, why would -- you know, don't --
 4   why would you do that?  What are you going to do by trying
 5   to call that office?
 6        MR. VELETANLIC:  He might have even -- yeah, he might
 7   have even (Inaudible).
 8        UNIDENTIFIED SPEAKER:  You know what I mean?  I don't
 9   think so, but --
10        MR. VELETANLIC:  -- (Inaudible) didn't call anyone and
11   that he won't try or do anything.  And how do I get --
12        UNIDENTIFIED SPEAKER:  (Inaudible) trust me.
13        MR. VELETANLIC:  -- my stuff from him?
14        UNIDENTIFIED SPEAKER:  I did the best I could.  So --
15        MR. VELETANLIC:  That's the problem.  How do I get my
16   stuff from him?
17        UNIDENTIFIED SPEAKER:  Well, I don't know.
18        MR. VELETANLIC:  That's the situation (Inaudible).
19        UNIDENTIFIED SPEAKER:  I -- I don't know.
20        MR. VELETANLIC:  You know, so and from prison
21   (Inaudible) --
22        UNIDENTIFIED SPEAKER:  Alex told me he -- he went
23   there and talked to him.  And he goes, "Jerry is all calm.
24   So don't worry about it."  I said, okay.  I'll trust you.
25        MR. VELETANLIC:  When -- when did he say that?  When
```

```
 1  did Alex say that?
 2       UNIDENTIFIED SPEAKER:  Oh, end of the workday, you
 3  know, five, six o'clock.  Something like that.
 4       MR. VELETANLIC:  Yeah.  Okay.
 5       UNIDENTIFIED SPEAKER:  So.
 6       MR. VELETANLIC:  All right.  Um --
 7       UNIDENTIFIED SPEAKER:  I did what I could, man.
 8  Really.
 9       MR. VELETANLIC:  (Inaudible) yeah.  This is a serious
10  thing.  I -- I -- I have never -- I have never seen this
11  coming.  This is absolute insanity, J.
12       UNIDENTIFIED SPEAKER:  Uh huh.
13       MR. VELETANLIC:  Okay.  I just wanted to double check
14  on this. And all right. All right.  I'm gonna let you go.
15  And yeah, dude.
16       UNIDENTIFIED SPEAKER:  Well, you know, someday.  It's
17  just a matter of --
18       MR. VELETANLIC:  Wow, dude.  Wow.  Wow.
19       UNIDENTIFIED SPEAKER:  -- when we write the book --
20       MR. VELETANLIC:  Yeah.
21       UNIDENTIFIED SPEAKER:  -- and get it published.  Oh,
22  my.
23       MR. VELETANLIC:  Oh, my god.
24       UNIDENTIFIED SPEAKER:  There's gonna be so many
25  different crazy chapters in this thing.
```

Case 2:18-cr-00162-JLR   Document 168-12   Filed 10/28/19   Page 18 of 19

Page **18** of **19**

```
 1       MR. VELETANLIC:  He has actually single-handedly tried
 2  to prevent me from ever getting out of here.  That's how --
 3       UNIDENTIFIED SPEAKER:  Why?
 4       MR. VELETANLIC:  -- (Inaudible) it is.  And I have
 5  told him that.
 6       UNIDENTIFIED SPEAKER:  Why?
 7       MR. VELETANLIC:  Okay.  I -- yeah.
 8       UNIDENTIFIED SPEAKER:  Whatever.
 9       MR. VELETANLIC:  It's that big.  It's that big.  Okay.
10  I'm gonna let you go.  We're gonna talk later.
11       UNIDENTIFIED SPEAKER:  All right.  Cool.
12       MR. VELETANLIC:  Bye.
13       UNIDENTIFIED SPEAKER:  Take care.
14       (END OF RECORDING)
```

CATHERINE M. VERNON & ASSOCIATES, LLC

000173

C E R T I F I C A T E

STATE OF WASHINGTON )
                    ) ss.
County of PIERCE    )

　　　I, the undersigned, do hereby certify:

　　　That the foregoing Audio Transcription of the above was transcribed under my direction; that the transcript is a full, true and complete transcript of the proceedings, including all questions, objections, motions and exceptions; except for those portions shown as Inaudible, if any;

　　　That I am not a relative, employee, attorney or counsel of any party to this action or relative or employee of any such attorney or counsel, and that I am not financially interested in the said action or the outcome thereof;  That I am herewith delivering the same to AUSAs Thomas Woods and Matthew Diggs for filing.

　　　IN WITNESS WHEREOF, this 21st Day of June, 2019.


                          /s/ Adrienne Kuehl
                          Adrienne Kuehl, Residing
                          At Tacoma, Washington.