UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | Cause No.  CR 18-0162JLR |
|---|---|
| Plaintiff, | **ORDER CONTINUING SENTENCING DATE** |
| vs. | |
| HANY VELETANLIC, | |
| Defendant. | |

This matter having come before the Court on motion of newly appointed counsel to continue the currently sentencing date and counsel having demonstrated by way of sworn declaration that there are sufficient grounds for the continuance,

NOW THEREFORE it is ordered that sentencing is continued to the 27th day of January, 2020 at 10:15 a.m.  No further continuances are likely.

DATED THIS 26th day of November, 2019.

The Honorable James L. Robart
U.S  District Court Judge

ORDER CONTINUING SENTENCING
DATE - 1

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington  98121
(206) 443-0670  Fax: (866) 471-6818

1   Presented by:

2

3   /s/Gilbert H. Levy
    Gilbert H. Levy, WSBA #4805

4   Attorney for Defendant

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670  Fax: (866) 471-6818