The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> HANY VELETANLIC, <br><br> Defendant. | NO. CR18-162JLR <br><br> **GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO COMPEL** |

The United States of America, by and through Brian T. Moran, United States Attorney for the Western District of Washington, and Thomas M. Woods, Assistant United States Attorney for said District, states that it does not oppose the defendant's request to have the inmate identified in his motion available at sentencing.

DATED this 14th day of January, 2020.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

*/s/ Thomas M. Woods*
THOMAS M. WOODS
Assistant United States Attorney

Government's Response to Defendant's Motion to Compel - 1
*U.S. v. Hany Veletanlic/*CR18-162JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered parties.

*/s/ Thomas Woods*
THOMAS WOODS
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-7970

Government's Response to Defendant's Motion to Compel - 2
*U.S. v. Hany Veletanlic/*CR18-162JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970