HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HANY VELETANLIC,<br><br>Defendant. | Cause No. CR 18-162 JLR<br><br>**MOTION TO SEAL DEFENDANT'S SECOND SUPPLEMENTAL SENTENCING MEMORANDUM**<br><br>Note on Motion Calendar:<br>January 31, 2020 |

Defendant Hany Veletanlic, by and through his Attorney Gilbert H. Levy, moves for entry of an order sealing his Second Supplemental Sentencing Memorandum and the document attached thereto. The basis of this Motion is that the Memorandum refers to documents that were previously filed under seal at the Government's request and it refers to witnesses by name whose statements are contained in exhibits previously filed under seal.

//

//

//

//

MOTION TO SEAL DEFENDANT'S
SECOND SUPPLEMENTAL
SENTENCING MEMORANDUM - 1

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670  Fax: (866) 471-6818

DATED: January 21, 2020.

/s/Gilbert H. Levy
Gilbert H. Levy, WSBA #4805
Attorney for Defendant

## CERTIFICATE OF SERVICE

I certify that on January 21, 2020, I caused to be electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the attorney(s) of record.

/s/Gilbert H. Levy
Gilbert H. Levy, WSBA #4805
Attorney for Defendant

MOTION TO SEAL DEFENDANT'S
SECOND SUPPLEMENTAL
SENTENCING MEMORANDUM - 2

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington  98121
(206) 443-0670  Fax: (866) 471-6818