UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HANY VELETANLIC,<br><br>Defendant. | CASE NO. CR18-0162JLR<br><br>INDICATIVE ORDER DENYING MOTION FOR COMPASSIONATE RELEASE |

This matter comes before the court upon Defendant Hany Veletanlic's motion for compassionate release. (Mot. (Dkt. # 209).) Defendant "concedes the District Court lacks jurisdiction because the case is pending on appeal" to the Ninth Circuit. (Reply (Dkt. # 223) at 4.) Therefore, the court treats the pending motion as a motion for an indicative ruling pursuant to Rule 37(a). Fed. R. Crim. P. 37(a). After a complete review of the motion on the merits, the motion is DENIED.

In deciding the motion the court considered the following factors: Defendant's age (37); the COVID-19 situation in Defendant's current BOP facility; Defendant's

ORDER - 1

susceptibility to COVID-19 arising from his mental and physical conditions including lead poisoning, hypertension, high blood pressure, A-V block and mental health issues; Defendant's conviction on the underlying counts, sentence (85 months) and period of time in custody; Defendant's release plan; the 18 U.S.C. § 3553(a) factors; the court's experience with Defendant in pretrial, trial, post-trial and sentencing matters; Defendant's portrayal of himself as naïve, unsophisticated and trusting versus the court's findings that Defendant is untrustworthy, sophisticated and calculating; Defendant's post-verdict conduct and danger to the community.

Defendant has not established extraordinary and compelling reasons to grant his motion. Therefore, the motion (Dkt. # 209) is DENIED.

Dated this 17th day of February, 2021.

JAMES L. ROBART
United States District Judge